IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON<br><br>LAUREN CRISS, and<br><br>JOHN MEINERS,<br><br>Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>NATION ASSOCIATION OF REALTORS,<br><br>COMPASS, INC.,<br><br>EXP WORLD HOLDINGS, INC.,<br><br>REDFIN CORPORATION,<br><br>WEICHERT REALTORS,<br><br>UNITED REAL ESTATE,<br><br>HOWARD HANNA REAL ESTATE SERVICES, and<br><br>DOUGLAS ELLIMAN, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 23-cv-00788-FJG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

With the consent of the Honorable Stephen Bough, the above-styled action is hereby transferred to U.S. District Judge Bough's docket for all further proceedings.

**IT IS SO ORDERED.**

Date: 11/01/2023
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge