IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 4:23-cv-00788-SRB |
| v. | ) ) Honorable Judge Bough |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLMAN, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT NATIONAL ASSOCIATION OF REALTORS'® DISCLOSURE OF CORPORATE INTERESTS PURUSANT TO LOCAL RULE 7.1

PURSUANT to Local Rule 7.1, Defendant National Association of REALTORS® hereby certifies that it has no parent company and no subsidiaries or affiliates that have issued shares to the public.

Dated: November 17, 2023

Respectfully submitted,

*/s/ Alexander C. Barrett*
Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

Ethan Glass (*pro hac vice application forthcoming*)
Samantha Strauss (*pro hac vice application forthcoming*)
Georgina Inglis (*pro hac vice application forthcoming*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com
ginglis@cooley.com

Beatriz Mejia (*pro hac vice application forthcoming*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice application forthcoming*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

***Attorneys for Defendant NATIONAL ASSOCIATION OF REALTORS®***

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Alexander C. Barrett*
Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorney for Defendant NATIONAL ASSOCIATION OF REALTORS®***