# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLMAN, INC. <br><br> Defendants. | Case No. 4:23-cv-00788-SRB <br><br> Honorable Judge Bough |

### EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE, AND DOUGLAS ELLIMAN, INC.'S JOINDER IN NATIONAL ASSOCIATION OF REALTORS'® MOTION TO STAY

Defendants eXp World Holdings, Inc., Redfin Corporation, Weichert Realtors, United Real Estate, Howard Hanna Real Estate, and Douglas Elliman, Inc. (collectively the "Corporate Defendants") hereby join in the motion of the National Association of Realtors® to stay this matter pending this Court's resolution of NAR's post-trial motions and, should the Court deny those motions, NAR's appeal in *Burnett v. National Association of Realtors*, No. 4:19-cv-0332-SRB (W.D. Mo. Apr. 29, 2019).[1] The arguments raised in NAR's motion apply equally to the Plaintiffs' claims against the Corporate Defendants because those claims likewise implicate, among other issues, the issues that NAR's forthcoming post-trial motions and appeal will challenge.

---

[1] The Corporate Defendants join in NAR's motion subject to and without waiver of any defenses that may be available to them, including without limitation any defenses relating to service, process, arbitrability, and jurisdiction.

Accordingly, a stay of the claims against the Corporate Defendants also would save substantial resources for both the Court and litigants.

Dated: December 29, 2023

Respectfully submitted,

| CROWELL & MORING LLP | ARMSTRONG TEASDALE LLP |
|---|---|
| */s/ Chahira Solh* | */s/ Karrie J. Clinkinbeard* |
| Daniel A. Sasse, MO #48997 | Karrie J. Clinkinbeard, MO #51413 |
| Chahira Solh (*admitted pro hac vice*) | 2345 Grand Blvd, Suite 1500 |
| Eric Fanchiang (*admitted pro hac vice*) | Kansas City, MO 64108-2617 |
| 3 Park Plaza, 20th Floor | Telephone: (816) 221-3420 |
| Irvine, CA 92614-8505 | Facsimile: (816) 221-0786 |
| Telephone: (949) 263-8400 | kclinkinbeard@atllp.com |
| Facsimile: (949) 263-8414 | |
| dsasse@crowell.com | Stephen J. Siegel (*admitted pro hac vice*) |
| csolh@crowell.com | Andrew D. Campbell (*pro hac vice application forthcoming*) |
| efanchiang@crowell.com | Elizabeth C. Wolicki (*pro hac vice application forthcoming*) |
| **Attorneys for Defendant Compass, Inc.** | Julie Johnston-Ahlen (*admitted pro hac vice*) |
| | ARMSTRONG Teasdale LLP |
| | 100 North Riverside Plaza Chicago, IL 60606 |
| | (312) 419-6900 |
| | ssiegel@atllp.com |
| | acampbell@atllp.com |
| | ewolicki@atllp.com |
| | jja@atllp.com |
| | |
| | Michael Gehret (*pro hac vice application forthcoming*) |
| | ARMSTRONG Teasdale LLP |
| | 222 South Main Street, Suite 1830 |
| | Salt Lake City, UT 84101 |
| | (801) 401-1600 |
| | mgehret@atllp.com |

Francis X. Riley III (*admitted pro hac vice*)
SAUL EWING LLP
650 College Road East, 4th Floor
Princeton, NJ 08540
(609) 452-3150
francis.riley@saul.com

**Attorneys for Defendant eXp World Holdings, Inc.**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Daniel P. Johnson*
Trina R. Ricketts, MO #46080
Daniel P. Johnson, MO #68966
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Telephone: (816) 471-1301
Facsimile: (816) 471-1303
trina.ricketts@ogletree.com
daniel.johnson@ogletree.com

Marc E. Kasowitz (*admitted pro hac vice*)
Hector Torres (*admitted pro hac vice*)
Kenneth R. David (*admitted pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

Constantine "Dean" Z. Pamphilis (*admitted pro hac vice*)
1415 Louisiana Street, Suite 2100
Houston, TX 77002
Phone: 713.220.8800
Facsimile: 713.220.0843
Email: dpamphilis@kasowitz.com

**Attorneys for Defendant Douglas Elliman, Inc.**

SHOOK, HARDY & BACON L.L.P.

*/s/ Robert Adams*
Robert Adams, MO #34612
Michael S. Cargnel, MO #52631
Hannah M. Smith, MO #73949
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2101
rtadams@shb.com
mcargnel@shb.com

Seth P. Waxman (*admitted pro hac vice*)
Karin Dryhurst (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com

David Z. Gringer (*admitted pro hac vice*)
Emily Barnet (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Eric Soller (*pro hac vice application forthcoming*)
William Pietragallo II (*pro hac vice application forthcoming*)
Quintin DiLucente (*pro hac vice application forthcoming*)
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
Telephone: (412) 263-1836
EGS@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

**Attorneys for Defendant Howard Hanna Real Estate Services**

GM LAW PC

*/s/ William D. Beil*
William D. Beil MO# 33922
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
billb@gmlawpc.com

VINSON & ELKINS LLP
Adam L. Hudes (*admitted pro hac vice*)
Stephen M. Medlock (*admitted pro hac vice*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ James D. Lawrence*
James D. Lawrence, MO #53411
One Kansas City Plaza
1200 Main Street, Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (*admitted pro hac vice*)
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay Sklar Johnson (*admitted pro hac vice*)
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
lindsay.johnson@bclplaw.com

Michael W. Scarborough (*admitted pro hac vice*)
Dylan I. Ballard (*admitted pro hac vice*)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

**Attorneys for Defendant WEICHERT, REALTORS**

WAGSTAFF & CARTMELL, LLP

*/s/ Brian J. Madden*
Brian J. Madden, MO #40637
4740 Grand Blvd., Suite 300
Kansas City MO 64112
Telephone: (816) 701-1100
bmadden@wcllp.com

**Attorneys For Defendant Redfin Corporation**

Emilee L. Hargis, MO #69119
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

**Attorneys for Defendant United Real Estate**

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Karrie J. Clinkinbeard*
Attorney for Defendant eXp World Holdings, Inc.