IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DOB GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 4:23-CV-00788-SRB |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLIMAN, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs, by and through their respective counsel, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims without prejudice against Howard Hanna Real Estate Services.

Dated: January 17, 2024      Respectfully submitted:

/s/ Eric L. Dirks
Matthew L. Dameron          MO # 52093
Eric L. Dirks               MO # 54921
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:   (816) 945-7110
matt@williamsdirks.com
dirks@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware       MO # 54150
Jeremy M. Suhr              MO # 60075

Erin D. Lawrence    MO # 63021
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tel: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark    MO # 41018
Scott McCreight    MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tel: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

Attorneys for Plaintiffs and the Class

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2024, a true and correct copy of the foregoing was filed via the Court's electronic filing system which will send notice to all counsel of record.

/s/ Eric L. Dirks
Attorney for Plaintiff