IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, and DOUGLAS ELLMAN, INC.,<br><br>Defendants. | No. 4:23-cv-00788-SRB<br><br>Honorable Stephen R. Bough |

## DEFENDANT UNITED REAL ESTATE'S INDIVIDUAL MOTION TO DISMISS

COMES NOW Defendant United Real Estate ("United"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court to dismiss the Complaint as to United.

In support of this motion, United submits contemporaneously herewith its Suggestions in Support of its Individual Motion to Dismiss.

WHEREFORE, Defendant United respectfully requests that the Court dismiss the Complaint with prejudice as to United and grant United any further relief that the Court deems just and proper.

1

Dated: February 26, 2024

Respectfully submitted,

*/s/ James D. Lawrence*
James D. Lawrence, MO #53411
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Email: jim.lawrence@bclplaw.com

Timothy R. Beyer (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
Email: tim.beyer@bclplaw.com

Lindsay Sklar Johnson (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
Email: lindsay.johnson@bclplaw.com

Emilee L. Hargis, MO #69119
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
Email: emilee.hargis@bclplaw.com

*Attorneys for Defendant United Real Estate*

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                            */s/ James D. Lawrence*
                                            James D. Lawrence

                                            *Attorney for Defendant United Real Estate*