IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, and DOUGLAS ELLMAN, INC.,<br><br>Defendants. | No. 4:23-cv-00788-SRB<br><br>Honorable Stephen R. Bough |

**DEFENDANT UNITED REAL ESTATE'S MOTION TO STRIKE CLASS ALLEGATIONS TO PROTECT ARBITRATION AND CLASS ACTION WAIVER RIGHTS**

COMES NOW Defendant United Real Estate ("United"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 12(f) and 23(d)(1)(D), moves the Court to strike the class allegations in the Complaint.

In support of this Motion, United submits contemporaneously its Suggestions in Support of its Motion to Strike Class Allegations to Protect Arbitration and Class Action Waiver Rights.

WHEREFORE, Defendant United Real Estate respectfully requests that the Court strike the class allegations in the Complaint or, at a minimum, exclude from the class any individual who agreed to arbitrate their dispute, engage in any other alternative dispute resolution, or waive their right to proceed via class action litigation, and grant United any further relief that the Court deems just and proper.

Dated: February 26, 2024                                  Respectfully submitted,

                                                          */s/ James D. Lawrence*
James D. Lawrence, MO #53411
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Email: jim.lawrence@bclplaw.com

Timothy R. Beyer (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
Email: tim.beyer@bclplaw.com

Lindsay Sklar Johnson (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
Email: lindsay.johnson@bclplaw.com

Emilee L. Hargis, MO #69119
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
Email: emilee.hargis@bclplaw.com

*Attorneys for Defendant United Real Estate*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ James D. Lawrence*
James D. Lawrence

*Attorney for Defendant United Real Estate*