IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLIMAN, INC.,<br><br>　　　　　　　　Defendants. | Case No. 4:23-cv-00788-SRB<br><br>Hon. Stephen R. Bough<br><br>**ORAL ARGUMENT REQUESTED** |

## WEICHERT REAL ESTATE AFFILIATES, INC., d/b/a WEICHERT, REALTORS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), and in accordance with the Court's order on the Joint Motion for a Coordinated Scheduling Order (ECF No. 85), Defendant Weichert, Realtors, by and through its attorneys of record, hereby moves to be dismissed from this action for lack of personal jurisdiction. This Court lacks personal jurisdiction over Weichert, Realtors under either the Missouri long arm statute, Mo. Rev. Stat. § 506.500, the Federal Due Process Clause, or Section 12 of the Clayton Act, 15 U.S.C. § 22.

This Motion is based on Weichert's concurrently-filed Suggestions in Support of its Motion to Dismiss, the Declaration of William A. Scavone and the accompanying Exhibit 1 thereto, and any additional submissions and arguments presented at or before a hearing or ruling on this Motion.

Dated: February 26, 2024                    Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Dylan I. Ballard*
Michael W. Scarborough (admitted *pro hac vice*)
Dylan I. Ballard (admitted *pro hac vice*)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

William D. Beil MO# 33922
**GM LAW PC**
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
billb@gmlawpc.com

*Attorneys for WEICHERT REAL ESTATE AFFILIATES, INC., d/b/a WEICHERT, REALTORS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Dylan I. Ballard*
DYLAN I. BALLARD