IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:23-cv-00788-SRB |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLIMAN, INC., ) ) ) ) ) ) ) ) ) | The Hon. Stephen R. Bough **Oral Argument Requested** |
| Defendants. ) | |

## DEFENDANT EXP WORLD HOLDINGS, INC.'S
## RULE 12(b)(6) MOTION TO DISMISS

Defendant eXp World Holdings, Inc. ("eXp Holdings"), through its undersigned attorneys, respectfully submits this Rule 12(b)(6) Motion to Dismiss the Complaint. This Motion does not address claims brought on behalf of putative class members who are bound by arbitration clauses and/or class action waivers, which claims, if brought at all, must proceed in arbitration. Contemporaneously with this Motion, eXp Holdings has filed a Separate Rule 12(F) Motion To Strike Class Allegations As To Arbitrating Class Members.

As for this Motion to Dismiss, the Complaint's allegations against eXp Holdings are insufficient to allege a plausible conspiracy claim to violate Section 1 of the Sherman Antitrust Act. For this reason, and those set forth in Defendant eXp World Holdings, Inc.'s Suggestions In Support Of Its Separate Rule 12(b)(6) Motion To Dismiss, eXp Holdings respectfully requests that

this Court: (a) dismiss the Complaint; and (b) grant eXp Holdings such other and further relief as is appropriate.

> Respectfully submitted,
>
> EXP WORLD HOLDINGS, INC.
>
> By: */s/ Stephen J. Siegel*
> One of Their Attorneys

Stephen J. Siegel (*admitted pro hac vice*)
*ssiegel@atllp.com*
Andrew D. Campbell (*admitted pro hac vice*)
*acampbell@atllp.com*
Elizabeth C. Wolicki (*admitted pro hac vice*)
*ewolicki@atllp.com*
Julie Johnston-Ahlen (*admitted pro hac vice*)
*jja@atllp.com*
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Francis X. Riley III (*admitted pro hac vice*)
*francis.riley@saul.com*
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
(609) 452-3150

Tyson H. Ketchum
*tketchum@atllp.com*
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3420

Michael Gehret (*pro hac vice application forthcoming*)
*mgehret@atllp.com*
Armstrong Teasdale LLP
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
(801) 401-1600

**Attorneys for Defendant eXp World Holdings, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that on February 26, 2024, he caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by email to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                          */s/ Stephen J. Siegel*