IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, Individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) Case No. 4:23-cv-00788-SRB |
| Plaintiffs, | )<br>) The Hon. Stephen R. Bough |
| v. | )<br>) |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, and DOUGLAS ELLIMAN, INC., | )<br>) **Oral Argument Requested**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## MOTION OF COMPASS, INC. TO STRIKE CLASS ALLEGATIONS

Pursuant to Fed. R. Civ. P. 12(f), defendant Compass, Inc. ("Compass"), by its attorneys, moves to strike Plaintiffs' allegation of a nationwide class from the Class Action Complaint ("Complaint") on the basis that Plaintiffs' alleged class includes certain putative class members who entered into agreements with Compass to arbitrate their disputes and putative class members who waived their ability to participate in class actions against Compass. In support of this motion, Compass relies on its brief that is being filed concurrently and the Declaration of Chahira Solh accompanying that brief – as well as the pleadings and records on file with this Court and such argument as may be presented at any hearing on this motion. As set forth in the accompanying brief, the overbroad class action allegations should be stricken from the complaint.

Dated: February 26, 2024	Respectfully submitted,

*/s/ Daniel A. Sasse*
Daniel A. Sasse (MO # 48997)
Chahira Solh (admitted *pro hac vice*)
Eric Fanchiang (admitted *pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

*Attorneys for Defendant Compass, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

        */s/ Daniel A. Sasse*
        Daniel A. Sasse
        *Attorney for Defendant Compass, Inc.*