IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLIMAN, INC.<br><br>   Defendants. | Case No. 4:23-cv-00788-SRB<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Honorable Stephen R. Bough |

**DEFENDANT DOUGLAS ELLIMAN INC.'S AMENDED MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(3) FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE[1]**

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), and in accordance with the scheduling Order of this Court, Defendant Douglas Elliman Inc. ("DEI"), by and through its undersigned counsel, moves to dismiss the Class Action Complaint ("Complaint") filed by Plaintiffs Don Gibson, Lauren Criss and John Meiners, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), for lack of personal jurisdiction and improper venue. The Court lacks personal jurisdiction over DEI under both the Missouri long-arm statute, Mo. Rev. Stat. § 506.500.1, and Section 12 of the Clayton Act, 15 U.S.C. § 22, and venue is further improper under that statute and the general venue statute, 28 U.S.C. § 1391. In support of this motion, DEI

---

[1] Defendant Douglas Elliman Inc. files this Amended Motion only to add a request for oral argument and revise the description of the Court to Honorable Stephen R. Bough. In addition, in support of this Amended Motion, Douglas Elliman Inc. relies upon Defendant Douglas Elliman Inc.'s Suggestion in Support of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue and the Declaration of James Bryant Kirkland III (ECF 102), both of which were filed earlier today and contemporaneously with Defendant's original Motion.

relies upon Defendant Douglas Elliman Inc.'s Suggestion in Support of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue and the Declaration of James Bryant Kirkland III (ECF 102), both of which were filed earlier today and incorporated by reference. DEI also relies on the pleadings and records on file with this Court, any other motions to dismiss and suggestions in support of same concurrently filed by any other defendant in this action, and such argument as may be presented at any hearing on this motion.

As further set forth in DEI's Suggestion in Support of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue, Plaintiffs cannot establish personal jurisdiction over DEI under the Missouri long-arm statute because DEI is not subject to general or specific jurisdiction in Missouri. DEI simply has no contacts with the State of Missouri whatsoever, let alone continuous and systematic contacts necessary to subject DEI to general jurisdiction, or purposeful contacts relating specifically to Plaintiffs' claims against DEI necessary to create specific jurisdiction. For the same reasons, Plaintiffs also cannot establish personal jurisdiction under Section 12 of the Clayton Act because DEI does not transact any business, let alone substantial business, in this District, nor did any portion, let alone a substantial portion, of the events giving rise to Plaintiffs' claims specifically against DEI occur in this District. Venue is also improper in this District because Plaintiffs cannot demonstrate that DEI transacts substantial business here, or that a substantial part of the events giving rise to Plaintiffs' claims against DEI specifically arose here. For all of these reasons, DEI is not subject to personal jurisdiction in Missouri or in this District, and Plaintiffs' Complaint should be dismissed.

2

Case 4:23-cv-00788-SRB   Document 115   Filed 02/26/24   Page 2 of 7

Respectfully submitted,

**KASOWITZ BENSON TORRES LLP**

/s/ *Marc E. Kasowitz*
Marc E. Kasowitz (Admitted *Pro Hac Vice*)
Hector Torres (Admitted *Pro Hac Vice*)
Kenneth R. David (Admitted *Pro Hac Vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

Constantine Z. Pamphilis (Admitted *Pro Hac Vice*)
J. Michael Wilson (Admitted *Pro Hac Vice*)
1415 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: (713) 220-8800
Facsimile: (713) 222-0843
Email: dpamphilis@kasowitz.com
Email: mwilson@kasowitz.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Trina R. Ricketts, MO # 46080
Daniel P. Johnson, MO # 68966
700 W. 47th Street, Suite 500
Kansas City, Missouri 64112
Telephone: (816) 471-1301
Facsimile: (816) 741-1303
Email: trina.ricketts@olgetree.com
Email: daniel.johnson@ogletree.com

**ATTORNEYS FOR DEFENDANT DOUGLAS ELLIMAN INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of February, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will provide an electronic copy to the following:

| | |
|---|---|
| Michael A. Williams<br>Matthew L. Dameron<br>Eric L. Dirks<br>**WILLIAMS DIRKS DAMERON LLC**<br>1100 Main Street, Suite 2600<br>Kansas City, Missouri 64105<br>Phone: 816.945.7110<br>Email: mwilliams@williamsdirks.com<br>Email: matt@williamsdirks.com<br>Email: dirks@williamsdirks.com<br><br>Michael Ketchmark<br>Scott McCreight MO # 44002<br>**KETCHMARK AND MCCREIGHT P.C.**<br>11161 Overbrook Rd. Suite 210<br>Leawood, Kansas 66211<br>Phone: 913.266.4500<br>Email: mike@ketchmclaw.com<br>Email: smccreight@ketchmclaw.com | Brandon J.B. Boulware<br>Jeremy M. Suhr<br>Erin D. Lawrence<br>**BOULWARE LAW LLC**<br>1600 Genessee, Suite 416<br>Kansas City, Missouri 64102<br>Phone: 816.492.2826<br>Email: brandon@boulware-law.com<br>Email: jeremy@boulware-law.com<br>Email: erin@boulware-law.com |

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

| | |
|---|---|
| Charles W. Hatfield<br>Alexander Barrett<br>**STINSON LLP**<br>230 W. McCarty Street<br>Jefferson City, MO 65101<br>Phone: 573.636.6263<br>Email: chuck.hatfield@stinson.com<br>Email: alexander.barrett@stinson.com<br><br>Beatriz Mejia<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Phone: 415.693.2000<br>Email: mejiab@cooley.com | Ethan Glass<br>Samantha Strauss<br>**COOLEY LLP**<br>1299 Pennsylvania Ave NW, Suite 700<br>Washington, DC 20004<br>Phone: 202.776.2244<br>Email: eglass@cooley.com<br>Email: sastrauss@cooley.com |

**ATTORNEYS FOR NATIONAL ASSOCIATION OF REALTORS**

| | |
|---|---|
| Karrie J. Clinkinbeard<br>Elizabeth C. Wolicki<br>Tyson J. Ketchum<br>**ARMSTRONG TEASDALE LLP**<br>2345 Grand Boulevard, Suite 1500<br>Kansas City, MO 64108<br>Phone: 816.221.3420<br>Email: kclinkinbeard@atllp.com<br>Email: ewolicki@atllpc.com<br>Email: tketchum@atllp.com<br><br>Stephen Siegel<br>Julie Johnston-Ahlen<br>Andrew D. Campbell<br>**ARMSTRONG TEASDALE LLP**<br>100 North Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Phone: 312.419.6900<br>Email: ssiegel@novackmacey.com<br>Email: jja@atllp.com<br>Email: acampbell@atllp.com | Francis X Riley, III<br>**SAUL EWING LLP**<br>650 College Road East, Suite 400<br>Princeton, NJ 08540<br>Phone: (609) 452-3100<br>Email: Francis.Riley@saul.com |

**ATTORNEYS FOR EXP WORLD HOLDINGS, INC.**

| | |
|---|---|
| James Dale Lawrence<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1200 Main Street<br>Kansas City, MO 64105<br>Phone: 816.374.3378<br>Email: jdlawrence@bclplaw.com<br><br>Lindsay Sklar Johnson<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1201 W. Peachtree St, 14th Floor<br>Atlanta, GA 30309<br>Phone: 404.572.6732<br>Email: lindsay.johnson@bclplaw.com | Timothy R. Beyer<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>Phone: 303.861.7000<br>Email: tim.beyer@bclplaw.com<br><br>Emilee Hargis<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: 618.973.6283<br>Email: emilee.hargis@bclplaw.com |

**ATTORNEYS FOR UNITED REAL ESTATE**

| | |
|---|---|
| William D. Beil<br>**GM LAW PC**<br>1201 Walnut Street, Suite 2000<br>Kansas City, MO 64106<br>Phone: 816.471.7700<br>Facsimile: 816.471.2221<br>Email: billb@gmlawpc.com<br><br>Adam Hudes<br>**VINSON & ELKINS LLP**<br>2200 Pennsylvania Ave. NW, Suite 500 West<br>Washington, DC 20037<br>Phone: 202.639.6632<br>Facsimile: 202.879.8822<br>Email: ahudes@velaw.com | Dylan Ballard<br>Michael Scarborough<br>**VINSON & ELKINS LLP**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Phone: 415.979.6955<br>Email: dballard@velaw.com |

**ATTORNEYS FOR WEICHERT REALTORS**

| | |
|---|---|
| Brian J. Madden<br>**WAGSTAFF & CARTMELL LLP**<br>4740 Grand Boulevard, Suite 300<br>Kansas City, MO 64112<br>Phone: 816.701.1100<br>Email: bmadden@wcllp.com | Byron P. Becker<br>Karen L. Dunn<br>Martha Goodman<br>William A. Isaacson<br>**PAUL WEISS RIFKIND, WHARTON & GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Phone: 202.223.7345<br>Email: bpbecker@paulweiss.com<br>Email: kdunn@paulweiss.com<br>Email: mgoodman@paulweiss.com<br>Email: wisaacson@paulweiss.com<br><br>Eyitayo St. Matthew-Daniel<br>**PAUL WEISS RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York NY 10019-6064<br>Phone: 2123.373.3229<br>Email: tstmatthewdaniel@paulweiss.com |

**ATTORNEYS FOR REDFIN CORPORATION**

Daniel A. Sasse, MO # 48997
Chahira Solh (*Pro Hac Vice*)
Eric Fanchiang (*Pro Hac Vice*)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Phone:  949.263.8400
Facsimile:  949.263.8414
Email:  dsasse@crowell.com
Email:  csolh@crowell.com
Email:  efanchiang@crowell.com

**ATTORNEYS FOR COMPASS, INC.**

*/s/ Marc E. Kasowitz*
**ATTORNEY FOR DEFENDANT**