IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, Individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 4:23-cv-00788-SRB |
| Plaintiffs, | ) ) | The Hon. Stephen R. Bough |
| v. | ) ) ) | |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, and DOUGLAS ELLIMAN, INC. | ) ) ) ) ) ) ) | **Oral Argument Requested** |
| Defendants. | ) ) ) | |

## CORPORATE DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the scheduling Order of this Court, Defendants Compass, Inc., eXp World Holdings, Inc., Weichert Realtors, United Real Estate, and Douglas Elliman, Inc. (collectively, "Corporate Defendants") respectfully move to dismiss Plaintiffs' Class Action Complaint for failure to state a claim. Those Corporate Defendants who have separately moved to dismiss pursuant to Rule 12(b)(2) join this motion to dismiss pursuant to Rule 12(b)(6) in the alternative. In support, Corporate Defendants rely on the Suggestions that are being filed concurrently with this motion, the pleadings and records on file with this Court, and such argument as may be presented at any hearing on this motion.

Dated: February 26, 2024    Respectfully submitted,

/s/ Daniel A. Sasse
Chahira Solh (admitted *pro hac vice*)
Daniel A. Sasse (MO # 48997)
Eric Fanchiang (admitted *pro hac vice*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
T:  (949) 263-8400
F:  (949) 263-8414
dsasse@crowell.com
csolh@crowell.com
efanchiang@crowell.com

*Attorneys for Defendant Compass, Inc.*

/s/ Marc E. Kasowitz
Marc E. Kasowitz (*pro hac vice*)
Hector Torres (*pro hac vice*)
Kenneth R. David (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

Constantine "Dean" Z. Pamphilis (*pro hac vice*)
J. Michael Wilson (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002
Phone: 713.220.8800
Facsimile: 713.222.0843
Email: dpamphilis@kasowitz.com
Email: mwilson@kasowitz.com

Trina R. Ricketts, MO # 46080
Daniel P. Johnson, MO #68966
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816.471.1301
Facsimile: 816.471.1303
Email: trina.ricketts@ogletree.com
Email: daniel.johnson@ogletree.com

*Attorneys for Defendant Douglas Elliman Inc.*

/s/ Tyson H. Ketchum
Tyson H. Ketchum
*tketchum@atllp.com*
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3420

Stephen J. Siegel (*admitted pro hac vice*)
*ssiegel@atllp.com*

/s/ Dylan I. Ballard
Michael W. Scarborough (admitted *pro hac vice*)
Dylan I. Ballard (admitted *pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com

Andrew D. Campbell (*admitted pro hac vice*)
acampbell@atllp.com
Elizabeth C. Wolicki (*admitted pro hac vice*)
ewolicki@atllp.com
Julie Johnston-Ahlen (*admitted pro hac vice*)
jja@atllp.com
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael Gehret (*pro hac vice application forthcoming*)
mgehret@atllp.com
Armstrong Teasdale LLP
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
(801) 401-1600

Francis X. Riley III (*admitted pro hac vice*)
francis.riley@saul.com
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
(609) 452-3150

*Attorneys for Defendants eXp World Holdings, Inc.*

dballard@velaw.com

Adam L. Hudes (*admitted pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

William D. Beil MO# 33922
GM LAW PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
billb@gmlawpc.com

*Attorneys for Defendant Weichert, Realtors*

/s/ *James D. Lawrence*
James D. Lawrence, MO #53411
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Email: jim.lawrence@bclplaw.com

Timothy R. Beyer (*admitted pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
Email: tim.beyer@bclplaw.com

Lindsay Sklar Johnson (*admitted pro hac vice*)

2

BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
Email: lindsay.johnson@bclplaw.com

Emilee L. Hargis, MO #69119
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
Email: emilee.hargis@bclplaw.com

*Attorneys for Defendant United Real Estate*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Daniel A. Sasse*
Daniel A. Sasse
*Attorney for Defendant Compass, Inc.*
