IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 4:23-cv-00788-SRB ) |
| v. | ) Honorable Judge Bough ) |
| NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT RELATORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLMAN, INC. | ) Oral Argument Requested ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT NATIONAL ASSOCIATION OF REALTORS'®
MOTION TO JOIN AND DISMISS THE COMPLAINT**

Pursuant to Fed R. Civ. P. 12(b)(1) and (12)(b)(6), Defendant National Association of REALTORS®, by and through its undersigned counsel, moves this Court to dismiss the Complaint as to NAR with prejudice and moves to join the Joint Motion to Dismiss, ECF 120 and 121, filed in this action. The Complaint fails to allege facts sufficient to show standing or to state a claim.

In support of this motion, NAR submits herewith its Suggestions in Support of its Motion to Dismiss, Declaration of Georgina Inglis, accompanying supporting exhibits, and Appendix A.

Dated: February 26, 2024						Respectfully submitted,

                                          */s/ Ethan Glass*

Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant NATIONAL ASSOCIATION OF REALTORS®***

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com

*Attorney for Defendant NATIONAL ASSOCIATION OF REALTORS®*