IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLIMAN, INC.<br><br>Defendants. | Case No. 4:23-cv-00788-SRB<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Honorable Stephen R. Bough |

**DEFENDANT DOUGLAS ELLIMAN INC.'S INDIVIDUAL MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND TO STRIKE CLASS ALLEGATIONS PURSUANT TO RULES 12(f) AND 23(d)(1)(D)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(f), and 23(d)(1)(D), and in accordance with the Scheduling Order of this Court, Defendant Douglas Elliman Inc. ("Douglas Elliman"), by and through its undersigned counsel, moves to dismiss the Class Action Complaint (the "Complaint") filed by Plaintiffs Don Gibson, Lauren Criss, and John Meiners, individually and on behalf of all others similarly situated, for failure to state a claim, and to strike all class action allegations in the Complaint to the extent that they do not exclude putative class members who have signed agreements to arbitrate or waive the claims which Douglas Elliman can enforce in this action. In support of this motion, Douglas Elliman relies upon Defendant Douglas Elliman's Suggestions in Support of Its Individual Motion to Dismiss Pursuant to Rule 12(b)(6) and to Strike Class Allegations Pursuant to Rules 12(f) and 23(d)(1)(D) (the "Douglas Elliman Suggestions"), which is filed contemporaneously herewith and incorporated by reference. Douglas Elliman also

relies upon the Suggestions in Support of Defendants' Joint Motion to Dismiss (ECF No. 121), the pleadings and records on file with this Court, any other motions to dismiss and suggestions in support of same concurrently filed by any other defendant in this action, and such argument as may be presented at any hearing on this motion.[1]

As further set forth in the Douglas Elliman Suggestions, Plaintiffs have not plausibly alleged Douglas Elliman's involvement in a conspiracy under Section 1 of the Sherman Act. Plaintiffs have not plead facts sufficient to demonstrate Douglas Elliman's involvement in any purported conspiracy, nor can Plaintiffs sustain the argument that membership in a trade association alone meets their pleading burden. Without pleading any facts particular to Douglas Elliman that allege its involvement, Plaintiffs have failed to plausibly allege Douglas Elliman's involvement in any purported conspiracy under Section 1. The claims against Douglas Elliman should therefore be dismissed.

In addition, Douglas Elliman intends to invoke, and does not waive, its rights concerning any putative class members who have signed agreements with applicable arbitration clauses or class actions waivers. While none of the named plaintiffs in this action appear to have signed such an agreement, to the extent that members of the putative class did sign agreements with such arbitration or mediation clauses or class action waivers, Douglas Elliman now moves to enforce its arbitration, mediation, and class action waiver rights. The Eighth Circuit has clarified that those rights are not waived as to absent class members by moving to enforce them after a class is certified. Nonetheless, for the avoidance of any doubt, Douglas Elliman moves, pursuant to Rules 12(f) and 23(d)(1)(D), to strike the class allegations because of Plaintiffs' failure to

---

[1] In addition to the reasons for dismissal detailed in the Douglas Elliman Suggestions, Douglas Elliman further incorporates the arguments set forth in its contemporaneously filed Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue. (*See* ECF No. 101.)

exclude from the putative class, those members who have signed agreements that contain an arbitration provision or class action waiver that apply to Douglas Elliman.

Dated: February 26, 2024
New York, New York

Respectfully submitted,

/s/ Marc E. Kasowitz
Marc E. Kasowitz (*pro hac vice*)
Hector Torres (*pro hac vice*)
Kenneth R. David (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com


Constantine "Dean" Z. Pamphilis (*pro hac vice*)
J. Michael Wilson (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1415 Louisiana Street, Suite 2100
Houston, TX 77002
Phone: 713.220.8800
Facsimile: 713.222.0843
Email: dpamphilis@kasowitz.com
Email: mwilson@kasowitz.com


Trina R. Ricketts, MO # 46080
Daniel P. Johnson, MO #68966
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816.471.1301
Facsimile: 816.471.1303
Email: trina.ricketts@ogletree.com
Email: daniel.johnson@ogletree.com

*Attorneys for Defendant Douglas Elliman Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 26 day of February, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will provide an electronic copy to the following:

| | |
|---|---|
| Michael A. Williams<br>Matthew L. Dameron<br>Eric L. Dirks<br>**WILLIAMS DIRKS DAMERON LLC**<br>1100 Main Street, Suite 2600<br>Kansas City, Missouri 64105<br>Phone: 816.945.7110<br>Email: mwilliams@williamsdirks.com<br>Email: matt@williamsdirks.com<br>Email: dirks@williamsdirks.com<br><br>Michael Ketchmark<br>Scott McCreight MO # 44002<br>**KETCHMARK AND MCCREIGHT P.C.**<br>11161 Overbrook Rd. Suite 210<br>Leawood, Kansas 66211<br>Phone: 913.266.4500<br>Email: mike@ketchmclaw.com<br>Email: smccreight@ketchmclaw.com | Brandon J.B. Boulware<br>Jeremy M. Suhr<br>Erin D. Lawrence<br>**BOULWARE LAW LLC**<br>1600 Genessee, Suite 416<br>Kansas City, Missouri 64102<br>Phone: 816.492.2826<br>Email: brandon@boulware-law.com<br>Email: jeremy@boulware-law.com<br>Email: erin@boulware-law.com |

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

| | |
|---|---|
| Charles W. Hatfield<br>Alexander Barrett<br>**STINSON LLP**<br>230 W. McCarty Street<br>Jefferson City, MO 65101<br>Phone: 573.636.6263<br>Email: chuck.hatfield@stinson.com<br>Email: alexander.barrett@stinson.com<br><br>Beatriz Mejia<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Phone: 415.693.2000<br>Email: mejiab@cooley.com | Ethan Glass<br>Samantha Strauss<br>**COOLEY LLP**<br>1299 Pennsylvania Ave NW, Suite 700<br>Washington, DC 20004<br>Phone: 202.776.2244<br>Email: eglass@cooley.com<br>Email: sastrauss@cooley.com |

**ATTORNEYS FOR NATIONAL ASSOCIATION OF REALTORS**

| | |
|---|---|
| Karrie J. Clinkinbeard<br>Elizabeth C. Wolicki<br>Tyson J. Ketchum<br>**ARMSTRONG TEASDALE LLP**<br>2345 Grand Boulevard, Suite 1500<br>Kansas City, MO 64108<br>Phone:  816.221.3420<br>Email: kclinkinbeard@atllp.com<br>Email: ewolicki@atllpc.com<br>Email: tketchum@atllp.com<br><br>Stephen Siegel<br>Julie Johnston-Ahlen<br>Andrew D. Campbell<br>**ARMSTRONG TEASDALE LLP**<br>100 North Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Phone:  312.419.6900<br>Email:  ssiegel@novackmacey.com<br>Email:  jja@atllp.com<br>Email:  acampbell@atllp.com | Francis X Riley , III<br>**SAUL EWING LLP**<br>650 College Road East, Suite 400<br>Princeton, NJ 08540<br>Phone:  (609) 452-3100<br>Email: Francis.Riley@saul.com |

**ATTORNEYS FOR EXP WORLD HOLDINGS, INC.**

| | |
|---|---|
| James Dale Lawrence<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1200 Main Street<br>Kansas City, MO 64105<br>Phone:  816.374.3378<br>Email: jdlawrence@bclplaw.com<br><br>Lindsay Sklar Johnson<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1201 W. Peachtree St, 14th Floor<br>Atlanta, GA 30309<br>Phone:  404.572.6732<br>Email: lindsay.johnson@bclplaw.com | Timothy R. Beyer<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>Phone:  303.861.7000<br>Email: tim.beyer@bclplaw.com<br><br>Emilee Hargis<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone:  618.973.6283<br>Email: emilee.hargis@bclplaw.com |

**ATTORNEYS FOR UNITED REAL ESTATE**

| | |
|---|---|
| William D. Beil<br>**GM LAW PC**<br>1201 Walnut Street, Suite 2000<br>Kansas City, MO 64106<br>Phone:  816.471.7700<br>Facsimile:  816.471.2221<br>Email:  billb@gmlawpc.com<br><br>Adam Hudes<br>**VINSON & ELKINS LLP**<br>2200 Pennsylvania Ave. NW, Suite 500 West<br>Washington, DC 20037<br>Phone:  202.639.6632<br>Facsimile: 202.879.8822<br>Email: ahudes@velaw.com | Dylan Ballard<br>Michael Scarborough<br>**VINSON & ELKINS LLP**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Phone:  415.979.6955<br>Email: dballard@velaw.com |

**ATTORNEYS FOR WEICHERT REALTORS**

| | |
|---|---|
| Brian J. Madden<br>**WAGSTAFF & CARTMELL LLP**<br>4740 Grand Boulevard, Suite 300<br>Kansas City, MO 64112<br>Phone:  816.701.1100<br>Email:  bmadden@wcllp.com | Byron P. Becker<br>Karen L. Dunn<br>Martha Goodman<br>William A. Isaacson<br>**PAUL WEISS RIFKIND, WHARTON & GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Phone:  202.223.7345<br>Email:  bpbecker@paulweiss.com<br>Email:  kdunn@paulweiss.com<br>Email:  mgoodman@paulweiss.com<br>Email:  wisaacson@paulweiss.com<br><br>Eyitayo St. Matthew-Daniel<br>**PAUL WEISS RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York NY 10019-6064<br>Phone:  2123.373.3229<br>Email:  tstmatthewdaniel@paulweiss.com |

**ATTORNEYS FOR REDFIN CORPORATION**

| | |
|---|---|
| Daniel A. Sasse, MO # 48997<br>Chahira Solh (*Pro Hac Vice*)<br>Eric Fanchiang (*Pro Hac Vice*)<br>**CROWELL & MORING LLP**<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505<br>Phone:  949.263.8400<br>Facsimile:  949.263.8414<br>Email:  dsasse@crowell.com<br>Email:  csolh@crowell.com<br>Email: efanchiang@crowell.com | |

6

Case 4:23-cv-00788-SRB   Document 123   Filed 02/26/24   Page 6 of 7

**ATTORNEYS FOR COMPASS, INC.**

*/s/ Marc E. Kasowitz*
**ATTORNEY FOR DEFENDANT
DOUGLAS ELLIMAN INC.**