IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-00788-SRB |
| NATIONAL ASSOCIATION OF REALTORS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Consolidate and for Leave to File Consolidated Amended Class Action Complaint. (Doc. #144.) Upon review, the motion is GRANTED.

The Court hereby ORDERS the following:

1. The Court finds that consolidation is appropriate given that the instant case and *Umpa v. National Association of Realtors, et al.*, Case No. 4:23-cv-00945-SRB, involve common questions of law and fact, consolidation will conserve judicial resources and promote efficiency, and consolidation will not cause undue delay, confusion, or prejudice.

2. Going forward, filings in the consolidated action should use the joint caption reflected in the proposed Amended Class Action Complaint attached to Plaintiffs' motion (or a short-form version of the same) and be filed in the instant case, *Gibson, et al. v. National Association of Realtors, et al.*, Case No. 4:23-cv-00788-SRB.

3. The Court further finds that Plaintiffs should be granted leave to file a Consolidated Amended Class Action Complaint. Plaintiffs shall file their amended complaint no later than three business days from the date of this Order.

**IT IS SO ORDERED.**

                                                /s/ Stephen R. Bough
                                                STEPHEN R. BOUGH
                                                UNITED STATES DISTRICT JUDGE

Dated: April 23, 2024