IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>        Defendants. | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB]<br><br>Judge Stephen R. Bough |

**NOTICE OF PENDING SETTLEMENT AND JOINT
MOTION TO STAY CASE AS TO THE HOMESERVICES DEFENDANTS**

Plaintiffs Don Gibson, Lauren Criss, John Meiners and Daniel Umpa (collectively, "Plaintiffs") and defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long & Foster Companies, Inc. (collectively, "HomeServices") hereby respectfully notify the Court that Plaintiffs have executed a binding term sheet with HomeServices to settle all claims asserted against HomeServices in this action as part of a proposed nationwide class settlement.[1] The settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, the Parties will cooperate to promptly execute a long form settlement agreement and then Plaintiffs will file a motion in this Court for preliminary approval of the proposed settlement.

---

[1] The settlement does not include and does not release Berkshire Hathaway Energy Company or any other corporate parent of HomeServices of America, Inc.

-1-

As provided by the settlement agreement, Plaintiffs and HomeServices hereby jointly request that the Court stay all deadlines and proceedings as to HomeServices to preserve the resources of Plaintiffs, HomeServices and the Court, and to seek preliminary and final approval of the settlement.

Dated: April 26, 2024                                    Respectfully submitted,

/s/ Robert D. MacGill
Robert D. MacGill (*pro hac vice*)
 robert.macgill@macgilllaw.com
Matthew T. Ciulla (*pro hac vice*)
 matthew.ciulla@macgilllaw.com
J. Cecelia Satterthwaite (*pro hac vice*)
Cecelia.Satterthwaite@macgilllaw.com
MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
(317) 721-1253

Jay N. Varon (*pro hac vice*)
 jvaron@foley.com
Jennifer M. Keas (*pro hac vice*)
 jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5300

Brian C. Fries
LATHROP GPM, LLP
brian.fries@lathropgpm.com
2345 Grand Blvd. Suite 2200
Kansas City, MO 64108 816.460.5326

*Counsel for the HomeServices Defendants*

/s/ Michael Ketchmark
KETCHMARK AND MCCREIGHT P.C.
Michael Ketchmark          MO # 41018
Scott McCreight            MO # 44002
 11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211

/s/ Robert A. Braun
Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Tel:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

| Brandon J.B. Boulware | MO # 54150 |
| Jeremy M. Suhr | MO # 60075 |
| Erin D. Lawrence | MO # 63021 |

BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tel:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

WILLIAMS DIRKS DAMERON LLC

| Matthew L. Dameron | MO # 52093 |
| Eric L. Dirks | MO # 54921 |

1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
matt@williamsdirks.com
dirks@williamsdirks.com

*Attorneys for the Plaintiffs*

Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the
Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Robert A. Braun*
ROBERT A. BRAUN