IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.<br><br>Defendants. | Case No.: 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB]<br><br>JURY TRIAL DEMANDED |

## DEFENDANT ENGEL & VÖLKERS AMERICAS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Engel & Völkers Americas, Inc., through the undersigned counsel of record, certifies that:

(1) The following entities are the direct or indirect corporate parents of Engel & Völkers Americas, Inc.:

> Alster Intermediate GmbH & Co KG
> Alster MidCo GmbH
> Alster TopCo GmbH
> Engel & Völkers GmbH
> Engel & Völkers Holding GmbH
> Engel & Völkers Residential GmbH
> Engel & Völkers U.S. Holding GmbH
> Permira VII Investment Platform S.à.r.l.
> Permira VII Investment Platform Limited
> Sevenplatform VII Limited

(2) No publicly held company holds 10% or more of Engel & Völkers Americas, Inc.'s stock directly or indirectly.

Engel & Völkers Americas, Inc. has a single subsidiary, Engel & Völkers Canada, Inc.

Respectfully submitted,

POLSINELLI PC

By: */s/ Lauren E. Tucker McCubbin*
　　LAUREN E. TUCKER MCCUBBIN (#55179)
　　PHILLIP ZEECK (#65298)
　　900 W. 48th Place, Suite 900
　　Kansas City, MO 64112-1895
　　816-753-1000
　　Fax: 816-753-1536
　　ltucker@polsinelli.com
　　pzeeck@polsinelli.com

ATTORNEYS FOR DEFENDANT ENGEL & VÖLKERS AMERICAS, INC.

## CERTIFICATE OF SERVICE

　　The undersigned attorney hereby certifies that on May 17, 2024, they caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and the notice of this filing was sent, by electronic mail, to all parties by operation of the Court's electronic filing system or by email to anyone unable to receive ECF notifications as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　*/s/ Lauren E. Tucker McCubbin*