# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | |
| | Case No. 4:23-cv-00788-SRB |
| | [Consolidated with 4:23-cv-00945-SRB] |
| Plaintiffs, | |
| v. | |
| NATIONAL ASSOCIATION OF REALTORS, et al. | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs respectfully request that the Court enter an order extending until September 13, 2024, the time to respond to Defendants' Motions to Dismiss and Motions to Strike filed on July 15 – 16, 2024. In support of this Motion, Plaintiffs state:

1. Defendants filed their Motions to Dismiss and Motions to Strike on July 15 and July 16, 2024. Plaintiffs' deadlines to respond to the Motions to Dismiss and Motions to Strike are July 29 and 30, 2024.

2. Plaintiffs respectfully request an extension of time, up to and including September 13, 2024, to respond to Defendants' Motions to Dismiss and Motions to Strike, specifically:

   a. Defendant The K Company Realty, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 298);

   b. Defendant Real Estate One, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim (Doc. 300);

1

c.  Defendant NextHome, Inc.'s Individual Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Doc. 302);

d.  Defendant William Raveis Real Estate Inc.'s Motion to Dismiss (Doc. 305);

e.  Defendant William Raveis Real Estate Inc.'s Motion to Strike Class Action Allegations (Doc. 306);

f.  Defendant Hanna Holdings Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer to the Western District of Pennsylvania (Doc. 308);

g.  Weichert Co.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 311);

h.  Weichert Real Estate Affiliates, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 313);

i.  Defendant Crye-Leike Inc.'s 12(b)(2) and 12(b)(3) Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 315);

j.  Defendants John L. Scott, Inc., and John L. Scott Real Estate Affiliates, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue (Doc. 316);

k.  Defendant Crye-Leike Inc.'s 12(f) Motion to Strike Class Action Allegations as to Class Members Who Waived the Right to Participate in a Class Action (Doc. 319);

l.  Defendants eXp World Holdings, Inc. and eXp Realty LLC's Rule 12(f) Motion to Strike Class Allegations as to Arbitrating Class Members (Doc. 323);

m.  Defendant Baird & Warner Real Estate, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Doc. 330);

n.  Motion of Defendants The Keyes Company and Illustrated Properties, LLC, to Dismiss for Improper Venue, Lack of Personal Jurisdiction, and Failure to State a Claim (Doc. 332);

o.  Berkshire Hathaway Energy Company's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 333);

p.  Motion of Defendants The Keyes Company and Illustrated Properties, LLC, to Strike Class Allegations to Protect Arbitration and Class Action Waiver Rights (Doc. 336);

q.  Corporate Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Doc. 339);

r.  Defendants eXp World Holdings, Inc. and eXp Realty, LLC's Rule 12(b)(6) Motion to Dismiss (Doc. 341);

s.  Berkshire Hathaway Energy Company's Motion to Strike Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6) (Doc. 343);

t.  Defendant Windermere Real Estate Services Company Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 353); and

u.  Defendant William L. Lyon & Associates, Inc. dba Lyon Real Estate's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 356).

3.  No prior extensions of these deadlines have been requested by Plaintiffs.

4.  Counsel for Plaintiffs consulted with counsel for Defendants, who do not oppose the requested extension of times.

5. Counsel for Defendants requested that the time period for their Reply briefs be extended by two weeks, to October 11, 2024. Plaintiffs do not oppose that request.

6. This Motion is not filed for the purpose of delay or harassment and will not cause prejudice as the Motion is consented to by all parties.

WHEREFORE Plaintiffs request that this Court enter an Order granting Plaintiffs an extension of time up to and including Plaintiffs respectfully request an extension of time, up to and including September 13, 2024, to respond to Defendant The K Company Realty, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 298); Defendant Real Estate One, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim (Doc. 300); Defendant NextHome, Inc.'s Individual Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Doc. 302); Defendant William Raveis Real Estate Inc.'s Motion to Dismiss (Doc. 305); Defendant William Raveis Real Estate Inc.'s Motion to Strike Class Action Allegations (Doc. 306); Defendant Hanna Holdings Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer to the Western District of Pennsylvania (Doc. 308); Weichert Co.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 311); Weichert Real Estate Affiliates, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 313); Defendant Crye-Leike Inc.'s 12(b)(2) and 12(b)(3) Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 315); Defendants John L. Scott, Inc., and John L. Scott Real Estate Affiliates, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for Lack of Personal Jurisdiction and Improper Venue (Doc. 316); Defendant Crye-Leike Inc.'s 12(f) Motion to Strike Class Action Allegations as to Class Members Who Waived the Right to Participate in a Class Action (Doc. 319); Defendants eXp World Holdings, Inc. and eXp Realty LLC's Rule 12(f) Motion to Strike Class Allegations as to

Arbitrating Class Members (Doc. 323); Defendant Baird & Warner Real Estate, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Doc. 330); Motion of Defendants The Keyes Company and Illustrated Properties, LLC, to Dismiss for Improper Venue, Lack of Personal Jurisdiction, and Failure to State a Claim (Doc. 332); Berkshire Hathaway Energy Company's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 333); Motion of Defendants The Keyes Company and Illustrated Properties, LLC, to Strike Class Allegations to Protect Arbitration and Class Action Waiver Rights (Doc. 336); Corporate Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Doc. 339); Defendants eXp World Holdings, Inc. and eXp Realty, LLC's Rule 12(b)(6) Motion to Dismiss (Doc. 341); Berkshire Hathaway Energy Company's Motion to Strike Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6) (Doc. 343); Defendant Windermere Real Estate Services Company Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 353); and Defendant William L. Lyon & Associates, Inc. dba Lyon Real Estate's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. 356) and extending until October 11, 2024 the time for Plaintiffs to file any Reply Suggestions.

Dated: July 22, 2024                                Respectfully submitted by:

| **BOULWARE LAW LLC** | **KETCHMARK AND MCCREIGHT P.C.** |
|---|---|
| | Michael Ketchmark          MO # 41018 |
| /s/ Jeremy M. Suhr | Scott McCreight              MO # 44002 |
| Brandon J.B. Boulware     MO # 54150 | 11161 Overbrook Rd. Suite 210 |
| Jeremy M. Suhr                  MO # 60075 | Leawood, Kansas 66211 |
| 1600 Genessee Street, Suite 956A | Tele:   (913) 266-4500 |
| Kansas City, MO 64102 | mike@ketchmclaw.com |
| Tele:   (816) 492-2826 | smccreight@ketchmclaw.com |
| Fax:    (816) 492-2826 | |
| brandon@boulware-law.com | |
| jeremy@boulware-law.com | |

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street
Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons (Mo. Bar. No. 70046)
Jeannie Evans (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

**WILLIAMS DIRKS DAMERON LLC**
Michael A. Williams          MO # 47538
Matthew L. Dameron          MO # 52093
Eric L. Dirks                    MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com
matt@williamsdirks.com
dirks@williamsdirks.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of July 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

      /s/ Jeremy M. Suhr
*Attorney for Plaintiffs*