# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-00788-SRB [Consolidated with 4:23-cv-00945-SRB] |
| NATIONAL ASSOCIATION OF REALTORS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND ESI ORDER[1]

Plaintiffs and Defendants jointly move the court for entry of: (1) a Protective Order pursuant to Federal Rule of Civil Procedure 26(c) and (2) a Stipulated Order Regarding Production of Electronically Stored Information and Paper Documents. The Parties respectfully submit that good cause exists for entry of the Orders. In support of this Motion, the Parties state:

1. The Parties agree that during the course of discovery it may be necessary to disclose certain confidential information relating to the subject matter of this action that merits protection from public disclosure. Such information may include, but is not limited to, trade secrets, business plans and strategies, and other confidential research, development, or commercial information, private personally identifiable information, or other sensitive personal information.

---

[1] In filing this motion and executing the proposed orders, Defendants have not waived, do not waive and continue to reserve all rights and defenses, including, but not limited to, those based on improper venue, lack of personal jurisdiction, and arbitration and/or class waiver clauses. Likewise, in filing this motion and executing the proposed orders, Plaintiffs acknowledge that Defendants have not waived, do not waive, and continue to reserve all rights and defenses, including, but not limited to, those based on improper venue, lack of personal jurisdiction, and arbitration and/or class waiver clauses.

1

2. The Parties seek entry of a Protective Order to limit the disclosure, dissemination, and use of such information and to allow them to designate certain documents, information, and testimony as confidential information and make any disclosure of such confidential information subject to the terms and conditions of the Protective Order.

3. The Parties further agree that entry of a Stipulated Order Regarding Production of Electronically Stored Information and Paper Documents is necessary to govern the production of ESI and paper documents given the complex nature of this litigation and potentially voluminous production of documents.

4. The Parties met and conferred in good faith and agreed upon the terms in the Protective Order and Stipulated Order Regarding Production of Electronically Stored Information and Paper Documents and state that good cause exists for the issuance of both Orders to protect public disclosure of confidential information and to govern document production in this case.

5. Pursuant to the CM/ECF Administrative Procedures Manual and Users Guide for the Western District of Missouri, the proposed Protective Order and proposed Stipulated Order Regarding Production of Electronically Stored Information and Paper Documents are not attached to this Motion but are submitted to the Court in Word format via email to Tracey Peter: Tracey_Peters@mow.uscourts.gov.

WHEREFORE, for the reasons set forth above, the Parties request that this Motion be granted and that the Court enter the proposed Protective Order and Stipulated Order Regarding Production of Electronically Stored Information and Paper Documents.

Dated: July 25, 2024

| | |
|---|---|
| */s/ Alexander W. Aiken* | */s/ Jeffrey J. Simon* |
| Marc M. Seltzer | HUSCH BLACKWELL LLP |
| Steven G. Sklaver | Jeffrey J. Simon, MO #35558 |
| SUSMAN GODFREY L.L.P. | Taylor Concannon Hausmann, MO #67056 |
| 1900 Avenue of the Stars, Suite 1400 | 4801 Main Street, Suite 1000 |
| Los Angeles, California 90067 | Kansas City, Missouri 64112 |
| Telephone: (310) 789-3100 | (816) 983-8000 – Telephone |
| mseltzer@susmangodfrey.com | (816) 983-8080 – Fax |
| ssklaver@susmangodfrey.com | Jeff.Simon@huschblackwell.com |
| | Taylor.Hausmann@huschblackwell.com |

Beatrice C. Franklin
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com
agordon@paulweiss.com
agressel@paulweiss.com
ybarkai@paulweiss.com

Matthew R. Berry
Alexander W. Aiken
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Defendant Berkshire Hathaway Energy Company*

Michael S. Ketchmark
Scott A McCreight
KETCHMARK & MCCREIGHT PC
Two Hallbrook Place
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*/s/ Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard
Tyson H. Ketchum
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Ste. 1500
Kansas City, MO 64108
(816) 221-3420
tketchum@atllp.com
kclinkinbeard@atllp.com
Stephen J. Siegel (*pro hac vice*)
Andrew D. Campbell (*pro hac vice*)
Elizabeth C. Wolicki (*pro hac vice*)

Benjamin D. Brown
Robert A. Braun
Sabrina Merold
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor

Julie Johnston-Ahlen (*pro hac vice*)

Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman
COHEN MILSTEIN SELLERS &
TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Eric L. Dirks
Matthew Lee Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
dirks@williamsdirks.com
matt@williamsdirks.com

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons
Jeannie Evans
HAGENS BERMAN SOBOL
SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

ARMSTRONG TEASDALE LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
ssiegel@atllp.com
acampbell@atllp.com
ewolicki@atllp.com
jja@atllp.com

Francis X. Riley III (*pro hac vice*)
SAUL EWING LLP
650 College Road East, Ste. 4000
Princeton, NJ 08540-6603
(609) 452-3150
francis.riley@saul.com

*Attorneys for Defendants eXp World Holdings, Inc. and eXp Realty, LLC*


*/s/ David Z. Gringer*
David Z. Gringer (*pro hac vice*)
Emily Barnet (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

Robert Adams, MO #34612
Michael S. Cargnel, MO #52631
Hannah M. Smith, MO #73949
SHOOK, HARDY & BACON L.L.P.

nathane@hbsslaw.com
jeannie@hbsslaw.com

Brandon J.B. Boulware
Erin D. Lawrence
Jeremy M. Suhr
BOULWARE LAW LLC
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Telephone: 816-492-2826
brandon@boulware-law.com
erin@boulware-law.com
jeremy@boulware-law.com

*Interim Class Counsel*


/s/ Michael W. Scarborough
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
(415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (*admitted pro hac vice*)
Stephen M. Medlock (*admitted pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
(202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

William D. Beil (MO #33922)
GM LAW PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
(816) 471-7700
billb@gmlawpc.com

2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2101
rtadams@shb.com
mcargnel@shb.com

Eric Soller (*pro hac vice application forthcoming*)
William Pietragallo II (*pro hac vice application forthcoming*)
Quintin DiLucente (*pro hac vice application forthcoming*)
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
EGS@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

*Attorneys for Defendant Hanna Holdings, Inc.*


/s/ Arsenio Lenell Mims
Arsenio Lenell Mims (MO #68771)
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
amims@dowdbennett.com

Michelle A. Mantine *(pro hac vice)*
REED SMITH LLP
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222
Tel: 412-288-4268
mmantine@reedsmith.com

M. Patrick Yingling *(pro hac vice)*

5

*Attorneys for Defendants Weichert Real Estate Affiliates, Inc. and Weichert Co.*

*/s/ David H. Bamberger*
DAVID H. BAMBERGER *(pro hac vice)*
david.bamberger@us.dlapiper.com
DLA PIPER LLP
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4500
Fax: 202.799.5500

JULIE GRYCE COOKER *(pro hac vice)*
julie.cooker@us.dlapiper.com
DLA PIPER LLP
4365 Executive Drive
Suite 1100
San Diego, CA 92121-2133
Tel: 619.699.2743
Fax: 619.764.6743

STEPHEN J. TORLINE (MO #49483)
storline@ktk-law.com
MICHAEL T. CRABB (MO #62241)
mcrabb@ktk-law.com
KUCKLEMAN TORLINE KIRKLAND
10740 Nall Avenue, Ste. 250
Overland Park, KS 66211
Tel: 913.948.8610
Fax: 913.948.8611

*Attorneys for Defendant NextHome, Inc.*

*/s/ Howard B. Iwrey*
Howard B. Iwrey *(pro hac vice)*
DYKEMA GOSSETT PLLC
39577 Woodward Ave.
Suite 300
Bloomfield Hills, MI 48304
248-203-0526 phone
855-232-1791 fax

REED SMITH LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: 312-207-2834
mpyingling@reedsmith.com

*Attorneys for Defendant Baird & Warner Real Estate, Inc.*

*/s/ Jonathan T. Barton*
Jonathan T. Barton
Stanton Barton LLC (MO # 47260)
8000 Maryland Avenue
Suite 450
St. Louis, MO 63105
314-455-6502
jbarton@stantonbarton.com

Yonaton Rosenzweig (*pro hac vice*)
Davis Wright Tremaine LLP
865 South Figueroa Street
Suite 2400
90017
Los Angeles, CA 90017
213-633-6800
213-633-6899
yonirosenzweig@dwt.com

*Attorneys specially appearing for Defendant John L. Scott Real Estate Affiliates, Inc.*

*/s/ Derick C. Albers*
Derick C. Albers (MO #60966)
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-7649
dalbers@lewisrice.com

Timothy J. McGinn (*pro hac vice*)
Becky N. Saka (*pro hac vice*)
Alyssa Chamberlin (*pro hac vice*)
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500
Miami, FL 33131
(305) 376-6000

6

hiwrey@dykema.com

Thomas Butler Alleman (MO #28297)
DYKEMA GOSSETT PLLC
1717 Main, Suite 4200
Dallas, TX 75201
Phone: 214-698-7830
Fax: 855-216-6218
talleman@dykema.com

Cody D. Rockey (*pro hac vice*)
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
734-214-7655 phone
888-755-8924 fax
crockey@dykema.com

*Attorneys for Defendant Real Estate One, Inc.*

/s/ *Marcus Angelo Manos*
Marcus Angelo Manos (*Pro hac vice*)
MManos@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277

Carl S. Burkhalter (*Pro hac vice*)
cburkhalter@maynardnexsen.com
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
Telephone: 205.254.1081
Facsimile: 205.254.1991

Alexandra Harrington Austin (*Pro hac vice*)
aaustin@maynardnexsen.com
MAYNARD NEXSEN PC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: (843) 579-7827
Facsimile: (843) 414-8227

tmcginn@gunster.com
bsaka@gunster.com
achamberlin@gunster.com

*Attorneys for Defendants The Keyes Company and Illustrated Properties, LLC*

/s/ *Joshua D. Molina*
Joshua Molina (*pro hac vice*)
Jonathan Vine (*pro hac vice*)
Cole, Scott & Kissane
222 Lakeview Ave.
Ste. 120
West Palm Beach, FL 33401
(561) 383-9200
jonathan.vine@csklegal.com
joshua.molina@csklegal.com

John L. Mullen (MO #42309)
Christopher M. Harper (MO #59000)
FRANKE, SCHULTZ & MULLEN, PC
8900 Ward Parkway
Kansas City, MO 64114
Phone: (816) 421-7100
Fax: (816) 421-7915
jmullen@fsmlawfirm.com
charper@fsmlawfirm.com

*Attorneys for Defendant The K Company Realty, LLC*

/s/ *Edward C Duckers*
Edward C Duckers (*pro hac vice* forthcoming)
Stoel Rives LLP CA
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
415-617-8900
415-617-8907
ed.duckers@stoel.com

*Attorneys for Defendants Windermere Real Estate Services Company, Inc. and William L Lyon & Associates, Inc. dba Lyon Real Estate*

/s/ *Benjamin H. Diessel*
Benjamin H. Diessel (*pro hac vice*)

7

Joseph C Blanton, Jr
jblanton@blantonlaw.com
Thomas W. Collins, III
tcollins@blantonlaw.com
Diedre A Peters
dpeters@blantonlaw.com
Mark D. Blanton
mblanton@blantonlaw.com
Shaune D. Hanschen (*Pro hac vice*)
shanschen@blantonlaw.com
Blanton, Rice, Nickell, Cozean & Collins, LLC
219 South Kingshighway
P.O. Box 805
Sikeston, MO 63801
Telephone: (573) 471-1000
Fax: 573-471-1012

*Attorneys for Defendant*
*Crye-Leike, Inc.*

John M. Doroghazi (*pro hac vice*)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06510
Tel: (203) 498-4400
bdiessel@wiggin.com
jdoroghazi@wiggin.com

Christopher J. Kaufman (#62991 MO)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
ckaufman@shb.com

*Counsel for Defendant, William Raveis*
*Real Estate, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ *Alexander W. Aiken*

Alexander W. Aiken