# Exhibit 4

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>        Defendants. | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB] |

## DECLARATION OF STEVE W. BERMAN IN SUPPORT OF CLASS COUNSEL'S MOTION FOR ATTORNEY'S FEES, COSTS, EXPENSES AND SERVICE AWARDS

I, Steve W. Berman, state under oath, as follows:

1. I am the managing partner at Hagens Berman Sobol Shapiro LLP. I am admitted to this Court *pro hac vice* and am one of the attorneys for Plaintiffs. I am also an attorney for Plaintiffs in the *Moehrl* action. I submit this declaration in support of Plaintiffs' motion for attorney's fees, costs, expenses, and service awards. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. In my February 29, 2024 declaration, *see Burnett v. National Association of Realtors*, W.D. Mo. 19-CV-00332-SRB, ECF No. 1392-4, I described generally the work that the *Moehrl* Plaintiff firms have done, the specific work that my firm has done in the litigation, the background of the attorneys working on this matter at my firm, and the process by which my firm tracks attorney time. I also described the process by which the *Moehrl* Plaintiffs developed the

case theory and litigated the case. That work has been essential to the results of the *Moehrl* action, as well as the *Burnett*, *Gibson*, and *Umpa* matters.

3. In my February 29, 2024 declaration, my firm reported $11,771,535.00 in lodestar in the *Moehrl* and *Burnett* actions. Since then, my firm has continued to work on those matters, as well as the *Gibson* and *Umpa* matters. My firm has drafted pleadings, worked in detail on the class notice process, and participated in numerous settlement discussions and mediations. Combined, my firm's total lodestar in all actions at current rates and updated through July 31, 2024, is $14,166,140.00. A detailed breakdown of the hours expended by each employee at my firm and their current hourly rate is attached hereto as **Exhibit A.**

4. In my February 29, 2024 declaration, I described the general process by which my firm maintained a common fund to pay certain large expenses in the *Moehrl* litigation. Since that time, my firm has established a separate common fund to pay certain expenses in the *Gibson* litigation. In total, $65,000 has been paid to date from the *Gibson* litigation fund, which has been funded by contributions from law firms to the litigation fund. These expenses were paid by Counsel with no guarantee that they would ultimately be recovered. All of the expenses incurred to date from the Common Fund for the Gibson litigation relate to mediations.

5. In my February 29, 2024 declaration, my firm reported $43,307.89 in unreimbursed litigation expenses in the *Moehrl* and *Burnett* actions. My firm, Hagens Berman, has advanced and incurred an additional $23,698.32 in unreimbursed litigation costs since that point. In total, my firm has expenses of $67,006.21 in the actions, apart from the contributions it has made to the litigation funds. These are reasonable litigation costs that were incurred in this case for the benefit of the settlement class members. A detailed breakdown of all unreimbursed funds paid by Hagens Berman is attached hereto as **Exhibit B**.

6. In my February 29, 2024 declaration, I described the general process by which Class Counsel entered into contingency fee agreements with class representatives in the *Moehrl* and *Burnett* actions. Class Counsel have entered into the same type of contingency fee agreements in the *Gibson* litigation. Class Counsel agreed to work with the named Plaintiffs on a wholly contingent basis pursuant to contingency fee agreements. Each of the contingency fee agreements provided that Class Counsel may seek a fee up to 1/3rd of the total settlement amount. Class Counsel has not received any amounts in connection with this case, either as fee income, litigation funding or expense reimbursement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2024, at Seattle, Washington.

_____
STEVE W. BERMAN

# Exhibit A

**Realtors I and II**
**Hagens Berman Sobol Shapiro LLP**
**LODESTAR TOTALS - INCEPTION THROUGH JULY 31, 2024**

| ATTORNEY | STATUS | CURRENT HOURLY RATE | TOTAL HOURS | LODESTAR AT CURRENT RATES |
|---|---|---|---|---|
| Steve Berman | Partner | $1,350.00 | 395.90 | $534,465.00 |
| Craig Spiegel | Partner | $975.00 | 553.20 | $539,370.00 |
| Rio Pierce | Partner | $950.00 | 2594.20 | $2,464,490.00 |
| Jeannie Evans | Partner | $950.00 | 3575.90 | $3,397,105.00 |
| Leonard Aragon | Partner | $850.00 | 2.50 | $2,125.00 |
| Dan Kurowski | Partner | $800.00 | 4.70 | $3,760.00 |
| Chris O'Hara | Partner | $800.00 | 452.00 | $361,600.00 |
| Ted Wojcik | Partner | $750.00 | 318.20 | $238,650.00 |
| Mark Vazquez | Partner | $700.00 | 2.00 | $1,400.00 |
| Karl Barth | Of Counsel | $775.00 | 516.80 | $400,520.00 |
| Nick Styant-Browne | Of Counsel | $650.00 | 75.50 | $49,075.00 |
| Shelby Smith | Of Counsel | $650.00 | 188.20 | $122,330.00 |
| Whitney Siehl | Associate | $550.00 | 380.30 | $209,165.00 |
| Jeff Lang | Staff Attorney | $575.00 | 4871.40 | $2,801,055.00 |
| Allan Lundsgaarde | Staff Attorney | $500.00 | 259.20 | $129,600.00 |
| Sophia Chao | Staff Attorney | $500.00 | 24.90 | $12,450.00 |
| Matthew Rovner | Staff Attorney | $500.00 | 255.00 | $127,500.00 |
| Jay Mitchell | Staff Attorney | $500.00 | 1602.00 | $801,000.00 |
| John Roeser | Contract Attorney | $375.00 | 1629.00 | $610,875.00 |
| Samuel Collin | Contract Attorney | $375.00 | 648.00 | $243,000.00 |
| Shelby Clark | Contract Attorney | $375.00 | 1259.50 | $472,312.50 |
| Tiffani Fox | Contract Attorney | $350.00 | 200.00 | $70,000.00 |
| Maureen Flanigan | Contract Attorney | $350.00 | 233.90 | $81,865.00 |
| Carrie Flexer | Paralegal | $425.00 | 5.30 | $2,252.50 |
| Megan Meyers | Paralegal | $400.00 | 807.60 | $323,040.00 |
| Brian Miller | Paralegal | $400.00 | 208.10 | $83,240.00 |
| Chavay Williams | Paralegal | $400.00 | 20.20 | $8,080.00 |
| Rob Haegele | Paralegal | $400.00 | 0.40 | $160.00 |
| Bill Stevens | Paralegal | $400.00 | 17.70 | $7,080.00 |
| Nicolle Huerta | Paralegal | $400.00 | 14.00 | $5,600.00 |
| Lisa Napoleon | Paralegal | $400.00 | 1.20 | $480.00 |
| Jeaneth Decena | Paralegal | $350.00 | 56.00 | $19,600.00 |
| Shelby Taylor | Paralegal | $350.00 | 27.70 | $9,695.00 |
| Radha Kerzan | Paralegal | $350.00 | 64.10 | $22,435.00 |
| Don Young | Paralegal | $225.00 | 9.90 | $2,227.50 |
| Chan Lovell | Paralegal Assistant | $300.00 | 8.80 | $2,640.00 |
| Noreen Andersen | Law Clerk | $175.00 | 7.20 | $1,260.00 |
| Hannah Song | Law Clerk | $150.00 | 29.50 | $4,425.00 |
| Nancy Duenez | Law Clerk | $125.00 | 1.70 | $212.50 |
| | | **GRAND TOTAL** | **21321.70** | **$14,166,140.00** |

# Exhibit B

**Realtors I and II**
**Hagens Berman Sobol Shapiro LLP**
**NON-LIT FUND EXPENSE TOTALS - INCEPTION THROUGH JULY 31, 2024**

| CATEGORY | AMOUNT |
|---|---:|
| Court Fees/Filing Fees | $1,550.00 |
| Online Services/Legal Research (LexisNexis/Westlaw/PACER) | $15,797.65 |
| Messenger/Process Service | $2,995.20 |
| Mediation Fees | $17,500.00 |
| Outside Copy Service | $1,524.00 |
| In-House Copying/Printing ($0.25/per page) | $15,954.75 |
| Overnight Shipping | $3,651.40 |
| Airfare | $5,076.47 |
| Hotels | $1,992.83 |
| Meals | $221.67 |
| Ground Transportation/Parking | $742.24 |
| | **$67,006.21** |