# Exhibit 6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS, et al., <br><br> Defendants. | Case No. 4:23-cv-00788-SRB <br> [Consolidated with 4:23-cv-00945-SRB] |

## DECLARATION OF ROBERT A. BRAUN ON BEHALF OF COHEN MILSTEIN SELLERS & TOLL PLLC IN SUPPORT OF CLASS COUNSEL'S MOTION FOR ATTORNEY'S FEES, COSTS, EXPENSES AND SERVICE AWARDS

I, Robert A. Braun, state under oath, as follows:

1. I am a partner at Cohen Milstein Sellers & Toll PLLC. I am one of the attorneys for the *Moehrl*, *Gibson*, and *Umpa* Plaintiffs. I submit this declaration in support of Class Counsel's motion for attorneys' fees, costs, expenses, and service awards. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. In my February 29, 2024 declaration, *see Burnett v. NAR*, 4:19-cv-00332 (W.D. Mo.), ECF No. 1392-6, I described the role my firm has played in the real estate commission litigation, my professional background, and the background of the principal attorneys working on this matter, and I explained the calculation of my firm's attorneys' fees. That work has been essential to the results of the *Moehrl* action, as well as the *Burnett*, *Gibson*, and *Umpa* matters.

3. In my February 29 declaration, my firm reported $11,464,475 in lodestar in the *Moehrl* and *Burnett* actions. Since then, my firm has continued to work on the *Moehrl*, *Burnett*,

1

*Gibson*, and *Umpa* matters. Among other things, my firm has drafted pleadings and discovery, negotiated case schedules and other procedural matters, and participated in settlement discussions and mediations with numerous defendants.

4. Combined, my firm's total lodestar in all actions and updated through July 31, 2024, is $12,900,952.50. Cohen Milstein's lodestar is calculated based on the firm's current hourly rates. All hourly rates are my firm's usual and customary rates, for this and other similar matters as of July 31, 2024.

| TIMEKEEPER | POSTITION | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Brown, Benjamin, D. | Partner | 1253.25 | $1,125.00 | $1,409,906.25 |
| Braun, Robert | Partner | 5,785.25 | $850.00 | $4,917,462.50 |
| Pierson, Kit, A. | Partner | 846 | $1,150.00 | $972,900.00 |
| Silverman, Daniel | Partner | 1068.75 | $875.00 | $935,156.25 |
| Small, Daniel | Partner | 657.25 | $1,240.00 | $814,990.00 |
| Farah, George, F. | Partner | 365.75 | $675.00 | $246,881.25 |
| Gilden, Carol, V. | Partner | 11.5 | $1,240.00 | $14,260.00 |
| Johnson, Brent | Partner | 29.5 | $1,030.00 | $30,385.00 |
| Deich, Alison | Partner | 58.75 | $785.00 | $46,118.75 |
| Chingcuanco, Leonardo | Associate | 982.5 | $680.00 | $668,100.00 |
| Merold, Sabrina | Associate | 542.25 | $595.00 | $322,638.75 |
| Elgart, Courtney | Associate | 130.75 | $420.00 | $54,915.00 |
| Jaffe-Geffner, Nina | Associate | 30 | $485.00 | $14,550.00 |
| Gifford, Daniel | Associate | 19.75 | $595.00 | $11,751.25 |
| Uuganbayar, Boloroo | Associate | 66.5 | $380.00 | $25,270.00 |
| Bracken, John, A. | Discovery Counsel | 2516.25 | $595.00 | $1,497,168.75 |
| Ballentine, Stephen | Legal Fellow | 20.5 | $385.00 | $7,892.50 |
| Clarke, Suzanne | Investigator | 275.75 | $645.00 | $177,858.75 |
| Clayton, Jay | Paralegal | 48.5 | $300.00 | $14,550.00 |
| Dickstein, Nathaniel | Paralegal | 39.5 | $335.00 | $13,232.50 |
| Vike, Marit | Paralegal | 901 | $335.00 | $301,835.00 |
| Miller, Brooke A. | Paralegal | 26 | $380.00 | $9,880.00 |
| Selzer, Rachel | Paralegal | 33 | $335.00 | $11,055.00 |
| McBride, Harrison | Paralegal | 991.5 | $380.00 | $376,770.00 |
| Markos, Sarah | Paralegal | 15.5 | $350.00 | $5,425.00 |
| | **TOTAL HOURS** | 16,715.25 | **TOTAL** | $12,900,952.50 |

5. In my February 28, 2024 declaration, my firm reported $101,755.13 in unreimbursed litigation expenses in the *Moehrl* and *Burnett* actions. Since that time, in addition

to litigation fund contributions, Cohen Milstein has expended through July 31, 2024 an additional $26,968.28 in unreimbursed litigation expenses. In total, my firm has expenses of $128,723.41 in the actions, apart from the contributions it has made to the litigation funds. These are the type of reasonable expenses customarily billed by my firm, and include such costs as expert expenses, computerized research and other services, and coach air travel. These expenses are itemized as follows:

| ACTIVITY | TOTAL COST |
|---|---:|
| Copy & Print | $160.70 |
| Court Fees | $2,280.00 |
| Document Storage, Production & ESI | $0.00 |
| Depositions | $6,962.35 |
| Experts & Consultants | $488.00 |
| Mediation | $0.00 |
| Miscellaneous | $2,258.53 |
| Postage | $1,241.72 |
| Process Service | $7,759.50 |
| Records & Transcripts | $992.05 |
| Research | $58,812.64 |
| Travel & Meals | $47,767.92 |
| **TOTAL** | $128,723.41 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2024, at Washington, D.C.

/s/ Robert A. Braun
Robert A. Braun