IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS and DANIEL UMPA, individually and on behalf of all others similarly situated, | Case No. 4:23-cv-00788-SRB <br><br> [Consolidated with 4:23-cv-00945-SRB] <br><br> Honorable Judge Bough |
| Plaintiffs, | |
| v. | |
| NATIONAL ASSOCIATION OF REALTORS, *et al.*. | |
| Defendants. | |

## EXIT REALTY CORP USA AND EXIT REALTY CORP INTERNATIONAL'S JOINDER IN CO-DEFENDANTS MOTION TO DISMISS

Defendants Exit Realty Corp USA and Exit Realty Corp International (collectively "Exit") hereby join in the motion of Defendants Hanna Holdings, Inc., eXp World Holdings, Inc., eXp Realty, LLC, Weichert Real Estate Affiliates, Inc., Weichert Co., NextHome, Inc., Berkshire Hathaway Energy Company, William Raveis Real Estate, Inc., Real Estate One, Inc., Baird & Warner Real Estate, Inc., LoKation Real Estate LLC, Crye-Leike Real Estate Services, The Keyes Company, and Illustrated Properties LLC (collectively, "Corporate Defendants"). (Doc. #339-340). The arguments raised in Corporate Defendant's motion applies equally to the Plaintiffs' claims against Exit. Therefore joinder is appropriate.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By:    /s/ James M. Brodzik
      James M. Brodzik, #66700
      701 Market Street, Suite 260
      St. Louis, MO 63101-1843
      P: 314-241-2600
      F: 314-241-7428
      jbrodzik@hinshawlaw.com
      Attorney for Defendants
      EXIT Realty Corp. International
      EXIT Realty Corp USA

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this Monday, August 26, 2024.

                                      */s /James M. Brodzik*