IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CROSS, JOHN MEINERS, and DANIEL UMPA, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB<br><br>[Consolidated with No. 4:23-cv-00945-SRB]<br><br>Hon. Stephen R. Bough |

### DEFENDANT HOMESMART INTERNATIONAL, LLC'S RESPONSE IN NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Defendant HomeSmart International, LLC ("HSI"), by and through its undersigned counsel, hereby responds in non-opposition to Plaintiff's Motion for Attorneys' Fees, Costs, Expenses and Service Awards [ECF No. 399]. HSI does not oppose the fee award requested by Plaintiffs in said motion, but specifically reserves and asserts all rights, privileges, and other relief provided in HSI's Settlement Agreement with Plaintiffs [*see* ECF No. 303–1].

| | |
|---|---|
| Dated September 3, 2024 | Respectfully submitted,<br><br>**FREEMAN MATHIS & GARY, LLP**<br><br>*/s/ Scott Eric Anderson*<br>Scott Eric Anderson (admitted *pro hac vice*)<br>Jacob S. Madsen (admitted *pro hac vice*)<br>Matt N. Foree (admitted *pro hac vice*)<br>Cameron N. Regnery (admitted *pro hac vice*)<br><br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339<br>(T) 770-818-0000<br>(F) 833-330-3669<br>Scott.Anderson@fmglaw.com |

Jacob.Madsen@fmglaw.com
mforee@fmglaw.com
Cameron.Regnery@fmglaw.com

**FRANKE SHULTZ & MULLEN, PC**

John L. Mullen (MO Bar No. 42309)
Christopher M. Harper (MO Bar No. 59000)

8900 Ward Parkway
Kansas City, Missouri 64114
(T) 816-421-7100
(F) 816-421-7915
jmullen@fsmlawfirm.com
charper@fsmlawfirm.com

*Counsel for HomeSmart International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RESPONSE IN NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** to the Clerk of Court using the CM/ECF filing system, which will automatically send notice of such electronic filing to all counsel of record for this case.

Dated September 3, 2024　　　　　　　Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Scott Eric Anderson*
Scott Eric Anderson (admitted *pro hac vice*)

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(T) 770-818-0000
(F) 833-330-3669
Scott.Anderson@fmglaw.com

*Counsel for HomeSmart International, LLC*