IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, ) ) ) ) ) | | |
| Plaintiffs, ) ) | | |
| v. ) ) | Case No. 4:23-cv-00788-SRB | |
| THE NATIONAL ASSOCIATION OF REALTORS, et al. ) ) ) | [Consolidated with 4:23-cv-00945-SRB] | |
| Defendants. ) | | |

## NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION TO STAY CASE AS TO NEXTHOME, INC.

Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa ("Plaintiffs") and Defendant NextHome, Inc. (together with Plaintiffs, the "Parties") respectfully provide notice to the Court that the Parties have reached a settlement in principle to settle all claims asserted against NextHome, Inc. in the above-captioned consolidated action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23.

The Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to NextHome, Inc. to preserve the resources of Plaintiffs, NextHome, Inc., and the Court, and to seek preliminary and final approval of the settlement.

Dated: September 11, 2024

Respectfully submitted,

/s/ *Robert A. Braun*
Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)

ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
Ben H. Fadler MO # 56588
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Matthew L. Dameron MO # 52093
Eric L. Dirks MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

*Attorneys for Plaintiffs*


David H. Bamberger (*pro hac vice*)
DLA PIPER LLP
500 Eighth Street, NW
Washington, DC 20004
Tele: (202) 799-4500
david.bamberger@us.dlapiper.com

Julie G. Cooker (*pro hac vice*)
DLA PIPER LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tele: (858) 677-1400
julie.cooker@us.dlapiper.com

Stephen J. Torline (MO #49483)
Michael T. Crabb (MO #62241)
KUCKELMAN TORLINE KIRKLAND
10640 Nall Avenue, Suite 250
Overland Park, KS 66211
Tele: (913) 948-8610
storline@ktk-law.com
mcrabb@ktk-law.com

*Attorneys for Defendant NextHome, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2024, the foregoing document was served via email on all counsel of record.

                                              */s/ Robert A. Braun*
                                              Robert A. Braun