UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, et al., individually and on behalf of similarly situated individuals, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| NATIONAL ASSOCIATION OF REALTORS, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

Case No. 4:23-CV-00788
[Consolidated with 4:23-CV-00945]

Hon. Stephen R. Bough

## NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION TO STAY CASE AS TO REAL ESTATE ONE, INC.

Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively, "Plaintiffs") and Defendant Real Estate One, Inc. (together with Plaintiffs, the "Parties") respectfully provide notice to the Court that the Parties have reached a settlement in principle to settle all claims asserted against Real Estate One, Inc. in the above-captioned consolidated action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23.

The Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to Real Estate One, Inc. to preserve the resources of Plaintiffs, Real Estate One, Inc., and the Court, and to seek preliminary and final approval of the settlement.

The Parties agree that this Notice and the stay requested herein shall not constitute a waiver of any defenses, including but not limited to: (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, statutory law, or common law (including but not limited to personal jurisdiction defenses), (b) any affirmative defenses that may be

available under Rule 8 of the Federal Rules of Civil Procedure, statutory law, or common law, or (c) any other statutory or common law defenses that may be available to Defendant in this or any other related actions.

Dated: October 1, 2024

By: */s/ Robert A. Braun*
Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
Ben H. Fadler MO # 56588
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075

3

BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Matthew L. Dameron MO # 52093
Eric L. Dirks MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
Fax: (816) 945-7118 matt@williamsdirks.com
dirks@williamsdirks.com

***Attorneys for Plaintiffs***


By: */s/ Howard B. Iwrey*
Howard B. Iwrey (*pro hac vice*)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0700
hiwrey@dykema.com

Thomas B. Alleman MO #28297
DYKEMA GOSSETT PLLC
1717 Main, Suite 4200
Dallas, Texas 75201
Telephone: (214) 698-7830
Fax: (855) 216-6218
talleman@dykema.com

Cody D. Rockey (*pro hac vice*)
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7660
crockey@dykema.com

***Attorneys for Defendant Real Estate One, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

By: */s/ Robert A. Braun*