IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB] |
| v. | ) ) | Judge Stephen R. Bough |
| NATIONAL ASSOCIATION OF REALTORS, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO JOHN L. SCOTT REAL ESTATE AFFILIATES, INC., AND JOHN L. SCOTT, INC.

Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively "Plaintiffs"), and defendants John L. Scott Real Estate Affiliates, Inc., and John L. Scott, Inc. ("John L. Scott") (and together with Plaintiffs, the "Parties") respectfully provide notice to the Court that Plaintiffs have reached an agreement with John L. Scott to settle all claims asserted against them in the above-captioned consolidated action as part of a proposed nationwide class settlement. The settlement was jointly negotiated with counsel for all Plaintiffs. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will promptly file a motion in this Court for preliminary approval of the proposed settlement.

As provided by the agreement, the Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to John L. Scott to preserve the resources of Plaintiffs, John L. Scott, and the Court, and to seek preliminary and final approval of the settlement.

Dated: October 2, 2024        Respectfully submitted by:

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Michael S. Ketchmark        MO # 41018
Scott A. McCreight          MO # 44002
Ben H. Fadler               MO # 56588
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele:   (913) 266-4500
Fax:    (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

Brandon J.B. Boulware       MO # 54150
Jeremy M. Suhr              MO # 60075
Erin D. Lawrence            MO # 63021
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele:   (816) 492-2826
Fax:    (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

Matthew L. Dameron          MO # 52093
Eric L. Dirks               MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele:   (816) 945-7110
Fax:    (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com

Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Brian E. Johnson (Mo. Bar. No. 64938)
BEJohnson@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019

Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

***Attorneys for Plaintiffs***


*/s/ Jonathan T. Barton*
Jonathan T. Barton 47260MO
8000 Maryland Ave | Ste 450 St. Louis |
Missouri | 63105
Phone: (314) 455-6500
Facsimile: (314) 455-6524
jbarton@stantonbarton.com

DAVIS WRIGHT TREMAINE LLP
Yonaton Rosenzweig (pro hac vice)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel.: (213) 655-9642
E-mail: yonirosenzweig@dwt.com

***Attorneys Specially Appearing for Defendants John L. Scott, Inc., and John L. Scott Real Estate Affiliates, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

        */s/ Steve W. Berman*
        STEVE W. BERMAN

        *Attorney for Plaintiffs*