# EXHIBIT 1



 Additional Information

© Statista 2024

Show source

### Source
→ Show sources information
→ Show publisher information
→ Use Ask Statista Research Service

### Release date
January 2024

### Region
United States

### Survey time period
1965 to 2023

### Supplementary notes
The sales price includes the land. * Preliminary

Case 4:23-cv-00788-SRB   Document 464-1   Filed 10/03/24   Page 2 of 3

**Citation formats**

→ View options

### Average sales price of new homes sold in the U.S. 1965-2023

Published by Statista Research Department, Feb 16, 2024

After a dramatic increase in 2022, the average sales price of a new home in the United States dropped slightly in 2023 from 540,000 to 511,100 U.S. dollars. The average sales price of a new home exceeded 400,000 U.S. dollars for the first time in 2021.
**What drives the increase in house prices?** One of the major factors behind the dramatic

increase in house prices was the low cost of borrowing. In 2020 and 2021, mortgage rates reached a historic low: Homebuyers could take out a loan with a 15-year mortgage rate of less