IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.<br><br>*Defendants*. | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB] |

## NOTICE OF APPEARANCE

Matthew E. Van Tine of Miller Law LLC hereby files this Notice of Appearance *Pro Hac Vice* on behalf of Objector Monty March.

Dated: October 11, 2024

/s/ *Matthew E. Van Tine*
Matthew E. Van Tine – *Pro Hac Vice*
Miller Law LLC
53 W. Jackson Blvd., Suite 1320
Chicago, IL 60604
Telephone: (312) 676-2668
Email: mvantine@millerlawllc.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, the foregoing was filed electronically with the Clerk of Court of the Western District of Missouri to be served by the Court's electronic filing system to all Counsel of Record.

/s/ *Matthew E. Van Tine*
Matthew E. Van Tine – *Pro Hac Vice*