IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Civil Action No. 4:23-cv-00788-SRB |

## NOTICE OF WITHDRAWAL

COMES NOW Matthew L. Dameron of Williams Dirks Dameron LLC and notifies this Court of his withdrawal as counsel of record for Plaintiffs and the Class in the above-referenced matter. Plaintiffs and the Class will continue to be represented by all other counsel of record; therefore, this withdrawal will not cause any undue prejudice or delay to the parties or litigation.

Dated: October 22, 2024

Respectfully submitted,

*/s/ Matthew L. Dameron*
Matthew L. Dameron    MO Bar No. 52093
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:    (816) 945-7110
matt@williamsdirks.com