UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>    Defendants. | Civil Action No. 4:23-cv-00788-SRB<br><br>[Consolidated with 4:23-cv-00945-SRB] |

**PLAINTIFFS' UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMIT**

Plaintiffs request that the Court enter an order allowing an enlargement of the page limit provided for in the Local Rules applicable to Plaintiffs' Motion for Final Approval of Settlements with the Compass, Real Brokerage, Realty One, @Properties, Douglas Elliman, Redfin, Engel & Volkers, HomeSmart, and United Real Estate Defendants. In support of this unopposed motion, Plaintiffs state as follows:

1. Pursuant to Local Rule 7(d), suggestions in support of motions may not exceed fifteen (15) pages of argument.

2. Settlement approval requires the Court to consider a great number of factors, as well as the objections to the Settlements. Plaintiffs need more pages to adequately cover the background of the three Settlements, the requisite factors for approval, and to address the objections made.

3. Plaintiffs request up to sixty total pages for their Motion for Final Approval of Settlements.

4. Counsel for Plaintiffs has consulted with counsel for Compass, Real Brokerage, Realty One, @Properties, Douglas Elliman, Redfin, Engel & Volkers, HomeSmart, and United Real Estate. They agree to this request.

Wherefore, Plaintiffs move this Court to extend the page limits to sixty total pages for Plaintiffs' Motion for Final Approval of Settlements.

October 23, 2024                                          Respectfully Submitted,

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WILLIAMS DIRKS DAMERON LLC** |
| | |
| */s/ Steve W. Berman* | */s/ Eric L. Dirks* |
| Steve W. Berman (*pro hac vice*) | Eric L. Dirks          MO # 54921 |
| 1301 Second Avenue, Suite 2000 | Michael A. Williams    MO # 47538 |
| Seattle, WA 98101 | 1100 Main Street, Suite 2600 |
| Telephone: (206) 623-7292 | Kansas City, MO 64105 |
| steve@hbsslaw.com | Tele: (816) 945 7110 |
| | Fax: (816) 945-7118 |
| Rio S. Pierce (*pro hac vice*) | dirks@williamsdirks.com |
| 715 Hearst Avenue, Suite 202 | mwilliams@williamsdirks.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | **BOULWARE LAW LLC** |
| riop@hbsslaw.com | Brandon J.B. Boulware   MO # 54150 |
| | Jeremy M. Suhr         MO # 60075 |
| Jeannie Evans (*pro hac vice*) | 1600 Genessee Street, Suite 956A |
| Nathan Emmons (Mo. Bar. No. 70046) | Kansas City, MO 64102 |
| 455 North Cityfront Plaza Drive, Suite 2410 | Tele:  (816) 492-2826 |
| Chicago, IL 60611 | Fax:   (816) 492-2826 |
| Telephone: (708) 628-4949 | brandon@boulware-law.com |
| jeannie@hbsslaw.com | jeremy@boulware-law.com |
| nathane@hbsslaw.com | |
| | **KETCHMARK AND MCCREIGHT P.C.** |
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | Michael Ketchmark       MO # 41018 |
| | Scott McCreight         MO # 44002 |
| | 11161 Overbrook Rd. Suite 210 |
| Benjamin D. Brown (*pro hac vice*) | Leawood, Kansas 66211 |
| Robert A. Braun (*pro hac vice*) | Tele:  (913) 266-4500 |
| Sabrina Merold (*pro hac vice*) | mike@ketchmclaw.com |
| 1100 New York Ave. NW, Fifth Floor | smccreight@ketchmclaw.com |
| Washington, DC 20005 | |
| Telephone: (202) 408-4600 | |

bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

*Attorneys for Plaintiffs and the Class*