**KNIE & SHEALY**
ATTORNEYS AT LAW
250 Magnolia Street
Spartanburg, S.C. 29306
Telephone No. (864) 582-5118
Fax No. (864) 585-1615

Mailing Address:
P.O. Box 5159 (29304)

Matthew W. Shealy
matt@knieshealy.com

October 25, 2024

*VIA EMAIL* - tracey_peters@now.uscourts.gov
The Honorable Stephen R. Bough
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Re: Gibson v. National Association of REALTORS, *et al*; Case No. 23-CV-788-SRB

Dear Judge Bough:

This letter is in regard to your text order dated October 21, 2024, docket number 510, requiring the presence of both "all objectors *and* their attorneys to appear in person at the October 31, 2024, hearing at 10:30 AM." My wife has a reoccurrence of a full thickness rotator cuff tear completely off the bone after a traumatic tendon retear. Her first surgery was on May, 2024. As an adjunct to that revision surgery, she needs further surgical intervention described by her doctor as "an extensive surgery involving 3+ structures: humeral/glenoid bone/cartilage, biceps tendon/anchor, labrum, capsule, art/bursal rotator cuff, subachromial bursa, foreign body." In our meeting with her doctor, the surgery was described as urgent and that, for every day it is not done, more damage is caused within her shoulder. Because it is a revision, the surgery is more complicated and will likely require care over and above that which was required for her May surgery. She is likely to lose range of motion in her shoulder as it is, but would lose more, and risk the complete failure of the surgical intervention without proper care at home once discharged.

Unfortunately, my wife's parents are not of an age at which they have the physical ability to care for a post-surgical patient who has lost the use of one arm. Also, my mother is dead and it would be inappropriate for my father to attempt to care for my wife in the manner in which she must be cared. As such, I am the only person who is both willing and able to care for her. I also have two small children, aged 6 and 4, for whom I am the only available caregiver. Patrick Knie and Mitch Slade will both be present at the hearing. Further, Mr. Knie is the designated speaker for our position.

Sincerely,

Matthew W. Shealy

MWS:mbg