Mark Dyer
510 CR 466 Suite 204
Lady Lake, Florida 32159
352-751-7888
mark@blacktieguy.com
10-21-2024

The Honorable Stephen R. Bough
400 East 9th Street
Kansas City, Mo 64106

Dear Judge Bough,,

I am writing to respectfully express my concerns regarding the buyer broker requirements in the National Association of Realtors (NAR) settlement. As a real estate professional with over two decades of experience, I believe that requiring buyers to sign a representation agreement before they have had the opportunity to get to know or trust the broker does not serve the best interests of the public. Trust is an essential foundation in real estate transactions, and this mandate imposes a legal obligation before that trust can naturally develop, potentially deterring buyers from pursuing relationships with agents and limiting their freedom of choice.

Additionally, this requirement fails to recognize that trust is mutual. Real estate agents also need time to assess whether they are a good fit with the buyer before entering a formal agreement. Forcing both parties into a binding contract prematurely could result in strained relationships, ultimately hindering the effectiveness of the professional services provided. I respectfully urge the court to consider the practical implications of this requirement and its potential negative impact on both consumers and real estate professionals.

Sincerely,

Mark Dyer
Broker/Owner Black Tie Realty
The Villages, Florida