Vivienne Cunningham, P.A.

15634 Kensington Tr

Clermont, Fl 34711

321-231-8487

thecaribbeanteam@gmail.com

10/25/2024

The Honorable Stephen R Bough

400 E. 9 th Street

Kansas City, Mo 64106

Dear Judge Bough, ,

I am writing to respectfully express my concerns regarding the buyer broker requirements in the

National Association of Realtors (NAR) settlement. As a real estate professional with years of

experience, I believe that requiring buyers to sign a representation agreement before they have

had the opportunity to get to know or trust the broker does not serve the best interests of the

public. Trust is an essential foundation in real estate transactions, and this mandate imposes a

legal obligation before that trust can naturally develop, potentially deterring buyers from

pursuing relationships with agents and limiting their freedom of choice.

Additionally, this requirement fails to recognize that trust is mutual. Real estate agents also need

time to assess whether they are a good fit with the buyer before entering a formal agreement.

Forcing both parties into a binding contract prematurely could result in strained relationships,

ultimately hindering the effectiveness of the professional services provided. I respectfully urge

the court to consider the practical implications of this requirement and its potential negative

impact on both consumers and real estate professionals.

Sincerely,

Vivienne Cunningham

Realtor

Preferred Real Estate Brokers