IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-00788-SRB |
| THE NATIONAL ASSOCIATION OF REALTORS, et al. | ) ) ) | [Consolidated with 4:23-cv-00945-SRB] |
| Defendants. | ) ) | |

**PLAINTIFFS' CONSENTED MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request that the Court enter an order extending until December 4, 2024, or another appropriate date ordered by the Court, the time for Plaintiffs to respond to Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s (collectively, "Weichert") Motions to Dismiss for Lack of Jurisdiction, filed on July 15, 2024. Plaintiffs further request that the Court order Weichert to complete its document production in response to Plaintiffs' jurisdictional discovery requests by November 25, 2024. In support of this Motion, Plaintiffs state:

1. The Weichert Defendants filed their Motions to Dismiss for Lack of Jurisdiction on July 15, 2024 (ECF Nos. 311, 313).

2. On July 22, 2024, the Court granted Plaintiffs' request for an extension of time and ordered Plaintiffs' oppositions to Defendants' Motions to Dismiss to be due September 13, 2024 (ECF No. 366).

3. Following a discovery hearing, on September 4, 2024, the Court ordered that Plaintiffs may conduct focused jurisdictional discovery (ECF No. 414). Consistent with the Court's order, on September 11, 2024, Plaintiffs served on the Weichert Defendants requests for production seeking jurisdictional discovery.

4. On September 12, 2024, the Court granted Plaintiffs' request for an extension of time to complete limited jurisdictional discovery and ordered Plaintiffs' oppositions to Defendants' Motions to Dismiss to be due November 13, 2024 (ECF No. 436).

5. Plaintiffs and Weichert conferred regarding the jurisdictional discovery requests served, and Weichert agreed in writing to produce "responsive documents by November 1" for "Requests 1-3, 8, and 10-13" and "for Requests 4-7 and 9, [to] produce responsive documents by November 5."

6. In violation of this Court's September 4, 2024 order and hearing instructions, and its own agreement with Plaintiffs' counsel, Weichert has not meaningfully responded to Plaintiffs' requests for production seeking jurisdictional discovery. Weichert failed to produce any documents at all for the requests associated with Weichert's agreed November 5 deadline, and failed to produce any documents responsive to several of the requests associated with Weichert's agreed November 1 deadline.

7. On November 13, 2024, the Court granted Plaintiffs' request for an extension of time to complete jurisdictional discovery and resolve this discovery dispute, and ordered Plaintiffs' oppositions to Defendants' Motions to Dismiss to be due November 20, 2024 (ECF No. 541).

8. Following the November 13, 2024 discovery hearing, the Court ordered that focused jurisdictional discovery continue and the Parties meet and confer on jurisdictional discovery to ensure alignment with the Court's September 4, 2024 Order. (ECF No. 544). Consistent with the Court's order, Plaintiffs and Weichert conferred, and Weichert has agreed to complete its document production in response to Plaintiffs' requests by November 25, 2024.

9. Plaintiffs thus seek a limited extension of the deadline to respond to the Weichert Defendants' Motions to Dismiss for Lack of Personal Jurisdiction in light of Weichert's timeframe for producing responsive documents. Counsel for Plaintiffs conferred with counsel for the Weichert Defendants, who consent to Plaintiffs' request for an extension to December 4, 2024. Counsel for the Weichert Defendants requested that the time period for their Reply briefs be extended to December 18, 2024. Plaintiffs do not oppose that request.

10. Plaintiffs further seek an order requiring the Weichert Defendants to complete document production in response to Plaintiffs' requests by November 25, 2024.

11. This Motion is not filed for the purpose of delay or harassment, and will not cause prejudice as all Parties have consented to the timeframe for the extension.

WHEREFORE Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs an extension of time up to and including December 4, 2024 to respond to Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s Motions to Dismiss (ECF Nos. 311, 313).


DATED: November 20, 2024                    Respectfully submitted,

                                            By: /s/ *Robert A. Braun*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street
Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons (Mo. Bar. No. 70046)
Jeannie Evans (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com

ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware (Mo. Bar No. 54150)
Jeremy M. Suhr (Mo. Bar No. 60075)
Erin D. Lawrence (Mo. Bar No. 63021)
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Telephone: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark (Mo. Bar No. 41018)
Scott McCreight (Mo. Bar No. 44002)
11161 Overbrook Rd. Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

**WILLIAMS DIRKS DAMERON LLC**
Eric L. Dirks (Mo. Bar No. 54921)
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945 7110
dirks@williamsdirks.com

*Attorneys for Plaintiffs and the Class*

5

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of November 2024, a copy of the foregoing document was filed with the court's electronic filing system which sent notification of such filing to all counsel of record.

/s/ *Robert A. Braun*
Robert A. Braun
