# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.<br><br>Defendants. | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB]<br>Hon. Stephen R. Bough |

## NOTICE OF PENDING SETTLEMENT AND JOINT
## MOTION TO STAY CASE AS TO BAIRD & WARNER REAL ESTATE, INC.

Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively, "Plaintiffs") and Defendant Baird & Warner Real Estate, Inc. ("Baird & Warner") (together with Plaintiffs, the "Parties") respectfully provide notice to the Court that the Parties have reached a binding term sheet to settle all claims asserted against Baird & Warner in the above-captioned consolidated action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will file a motion in this Court for preliminary approval of the proposed settlement.

The Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to Baird & Warner to preserve the resources of Plaintiffs, Baird & Warner, and the Court, and to seek preliminary and final approval of the settlement.

The Parties agree that this Notice and the stay requested herein shall not constitute a waiver of any claims or defenses, including but not limited to: (a) any jurisdictional defenses that may be

available under Rule 12 of the Federal Rules of Civil Procedure, statutory law, or common law (including but not limited to personal jurisdiction defenses), (b) any affirmative defenses that may be available under Rule 8 of the Federal Rules of Civil Procedure, statutory law, or common law, or (c) any other statutory or common law defenses that may be available to Baird & Warner in this or any other related actions.

Dated: November 26, 2024 	Respectfully submitted,

By: */s/ Alexander W. Aiken*
Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)

rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
Ben H. Fadler MO # 56588
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
Fax: (913) 317-5030

3

mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Matthew L. Dameron MO # 52093
Eric L. Dirks MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
Fax: (816) 945-7118 matt@williamsdirks.com
dirks@williamsdirks.com

*Attorneys for Plaintiffs*


By: */s/ Michelle A. Mantine*
Michelle A. Mantine *(pro hac vice)*
REED SMITH LLP
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222
Tel: 412-288-4268
mmantine@reedsmith.com

M. Patrick Yingling *(pro hac vice)*
REED SMITH LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: 312-207-1000
mpyingling@reedsmith.com

4

Arsenio Lenell Mims (MO #68771)
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
amims@dowdbennett.com

***Attorneys for Defendant Baird & Warner Real Estate, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 26th, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

By: _/s/ Alexander W. Aiken_
     Alexander W. Aiken