## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, ET AL., <br><br> Defendants. | C/A NO.: 4:23-CV-00788-SRB <br><br> MOTION TO REVISE OR RECONSIDER THE ORDER FINALLY APPROVING SETTLEMENTS BETWEEN THE NAMED PLAINTIFFS AND THE SETTLING DEFENDANTS ISSUED NOVEMBER 4, 2024 |

Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender move the Court, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for a Motion to Revise or Reconsider the Order of the Honorable Stephen R. Bough granting the Consent Motion of the Plaintiffs and Defendants Compass, Real Brokerage, Realty ONE, @properties, Douglas Elliman, Redfin, Engel & Völkers, HomeSmart, and United Real Estate (collectively, "Settling Defendants").

Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender rely on their suggestions in support of this FRCP 59(e) and the transcript of the October 31, 2024 final approval hearing in support of this Motion.

*** Signature Page to Follow ***

KNIE & SHEALY

*/s/ Patrick E. Knie*
_____
Patrick E. Knie
Federal I.D. No. 2370
Matthew W. Shealy
Federal I.D. No. 12823
P.O. Box 5159
250 Magnolia Street
Spartanburg, S.C.  29304
Telephone No.  (864) 582-5118
Telefax No.    (864) 585-1615


Mitch Slade
MITCH SLADE LAW OFFICE, P.A.
Federal I.D. No. 5352
P.O. Box 1007
Spartanburg, S.C.  29304
Telephone: (864) 582-4212
mitch@mitchsladelaw.com

ATTORNEYS FOR PLAINTIFFS

November 27, 2024