IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>    Defendants. | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB]<br><br>Hon. Stephen R. Bough<br><br>ORAL ARGUMENT REQUESTED |

**WEICHERT CO.'S AND WEICHERT REAL ESTATE AFFILIATES, INC.'S JOINDER IN eXp DEFENDANTS' MOTION FOR RECONSIDERATION**

 Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc. (collectively, the "Weichert Defendants") hereby join in the Motion for Reconsideration filed by Defendants eXp World Holdings, Inc. and eXp Realty, LLC ("eXp") (ECF No. 550) regarding the Court's November 14, 2024 Order (ECF No. 543) ordering discovery into and *in camera* submission of documents related to settlement negotiations in *1925 Hooper LLC, et al. v. The National Association of Realtors, et al.*, 1:23-cv-05392 (N.D. Ga.). Because the Order at issue ordered both eXp and the Weichert Defendants to engage in settlement discovery, the arguments raised in eXp's motion apply equally to the Weichert Defendants.

Dated: November 27, 2024       Respectfully submitted,

                **VINSON & ELKINS LLP**

                */s/ Dylan I. Ballard*
                Michael W. Scarborough (admitted *pro hac vice*)
                Dylan I. Ballard (admitted *pro hac vice*)
                555 Mission Street, Suite 2000

San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

William D. Beil MO# 33922
**GM LAW PC**
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
billb@gmlawpc.com

*Attorneys for WEICHERT CO. and WEICHERT REAL ESTATE AFFILIATES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Dylan I. Ballard*
DYLAN I. BALLARD

3

Case 4:23-cv-00788-SRB   Document 554   Filed 11/27/24   Page 3 of 3