UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:23-cv-00788-SRB<br>)<br>) |
| NATIONAL ASSOCIATION OF RELATORS, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## MOTION TO WITHDRAW

COME NOW Marc E. Kasowitz, Hector Torres, Constantine Z. Pamphilis, J. Michael Wilson, and Kenneth R. David of Kasowitz Benson Torres LLP, pursuant to Local Rule 83.2, and move to withdraw as counsel for Defendant Douglas Elliman Inc. and Douglas Elliman Realty, LLC (collectively, the "Douglas Elliman Defendants"). In support of their Motion, Marc E. Kasowitz, Hector Torres, Constantine Z. Pamphilis, J. Michael Wilson, and Kenneth R. David state that they are withdrawing because Tina R. Ricketts and Daniel P. Johnson of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. remain as counsel of record for the Douglas Elliman Defendants. Additionally, at the request of the Douglas Elliman Defendants, Robert J. Anello and Edward M. Spiro of Morvillo Abramowitz Grand Iason & Anello P.C., will soon seek to appear in this action *pro hac vice*. Messrs. Anello and Spiro's *pro hac vice* applications, which will be sponsored by Daniel P. Johnson, will shortly follow this motion.

Dated: December 9, 2024

Respectfully submitted,

/s/ Kenneth R. David
Marc E. Kasowitz (*pro hac vice*)
Hector Torres (*pro hac vice*)
Kenneth R. David (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

Constantine "Dean" Z. Pamphilis (*pro hac vice*)
J. Michael Wilson (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1415 Louisiana Street, Suite 2100
Houston, TX 77002
Phone: 713.220.8800
Facsimile: 713.222.0843
Email: dpamphilis@kasowitz.com
Email: mwilson@kasowitz.com

*Attorneys for Defendant Douglas Elliman Inc. and Douglas Elliman Realty, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 9th day of December 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Kenneth R. David*
**ATTORNEY FOR DOUGLAS ELLIMAN DEFENDANTS**