# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | C/A NO.: 4:23-CV-00788-SRB <br><br> BENNY D. CHEATHAM, ROBERT DOUGLASS, DOUGLAS FENDER, AND DENA FENDER'S NOTICE OF APPEAL |
| Plaintiffs, | |
| vs. | |
| THE NATIONAL ASSOCIATION OF REALTORS, ET AL., | |
| Defendants. | |

Notice is hereby given that Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender, Objectors in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from an Order of the Honorable Stephen R. Bough entered in this matter on November 4, 2024 (Document No. 530). Objectors filed a Motion for Reconsideration in this matter on November 27, 2024 (Document No. 552), and said Motion was denied by Order of the Honorable Stephen R. Bough on December 3, 2024 (Document No. 559).

***Signature Page to Follow***

KNIE & SHEALY

*/s/ Patrick E. Knie*
_____
Patrick E. Knie
Federal I.D. No. 2370
Matthew W. Shealy
Federal I.D. No. 12823
P.O. Box 5159
250 Magnolia Street
Spartanburg, S.C.  29304
Telephone No.  (864) 582-5118
Telefax No.    (864) 585-1615


Mitch Slade
MITCH SLADE LAW OFFICE, P.A.
Federal I.D. No. 5352
P.O. Box 1007
Spartanburg, S.C.  29304
Telephone: (864) 582-4212
mitch@mitchsladelaw.com

ATTORNEYS FOR OBJECTORS

December 16, 2024