UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

## MOTION TO WITHDRAW

COME NOW Eyitayo St. Matthew-Daniel, Karen L. Dunn, William A. Isaacson, Martha Goodman, and Bryon P. Becker of Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to Local Rule 83.2, and move to withdraw as counsel for Defendant Redfin Corporation ("Redfin"). In support of their Motion, Eyitayo St. Matthew-Daniel, Karen L. Dunn, William A. Isaacson, Martha Goodman, and Bryon P. Becker state that good cause exists because Brian J. Madden of Wagstaff & Cartmell and Gerald A. Stein, Robert J. Maguire, MaryAnn T. Almeida, and Emily Parsons of Davis Wright Tremaine LLP remain as counsel of record for the Redfin.

Dated: December 19, 2024								Respectfully submitted,

																*/s/ Eyitayo St. Matthew-Daniel*
																Eyitayo St. Matthew-Daniel (*pro hac vice*)
																**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
																1285 Avenue of the Americas
																New York, NY 10019-6064
																Telephone: (212) 373-3000
																tstmatthewdaniel@paulweiss.com

																Karen L. Dunn (*pro hac vice*)
																William A. Isaacson (*pro hac vice*)
																Martha Goodman (*pro hac vice*)
																Bryon P. Becker (*pro hac vice*)
																**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
																2001 K Street NW
																Washington, DC 20006-1047
																Telephone: (202) 223-7300
																kdunn@paulweiss.com
																wisaacson@paulweiss.com
																mgoodman@paulweiss.com
																bpbecker@paulweiss.com

																*Attorneys for Defendant Redfin Corporation*