IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, ET AL.,<br><br>    Defendants. | Case No. 4:23-CV-00788<br>[Consolidated with 4:23-CV-00945]<br><br>Honorable Stephen R. Bough |

**UNOPPOSED MOTION FOR ORDER EXTENDING TIME
FOR DEFENDANTS TO ANSWER THE COMPLAINT**

    Defendants Berkshire Hathaway Energy Company, Hanna Holdings, Inc., William Raveis Real Estate, Inc., Crye-Leike, Inc., Windermere Real Estate Services Company Inc., William L. Lyon & Associates, Inc., EXIT Realty Corp. USA, and EXIT Realty Corp. International (collectively, "Defendants") respectfully request that this Court enter an Order extending the time for Defendants to answer Plaintiffs' Consolidated Amended Class Action Complaint (the "Complaint") until January 27, 2025. In support of this Motion, Defendants state as follows:

    1.  Plaintiffs filed their Consolidated Amended Class Action Complaint on June 11, 2024 (ECF No. 232).

    2.  This Court entered a Scheduling Order on June 24, 2024 (ECF No. 258). The Scheduling Order required Defendants to file motions to dismiss or otherwise respond to the Complaint by July 15, 2024.

    3.  Defendants other than EXIT Realty Corp. USA and EXIT Realty Corp. International (collectively, "EXIT Realty") filed motions to dismiss and motions to strike on July

15, 2024, and July 16, 2024 (ECF Nos. 298, 300, 302, 305, 306, 308, 311, 313,315, 316, 319, 323, 324, 330, 332, 333, 336, 339, 341, 343, 353, 356).

4. On July 22, 2024, Plaintiffs filed an unopposed motion for an extension of time until September 13, 2024, to respond to Defendants' motions and for an extension of time until October 11, 2024, for Defendants to submit replies in support of their motions (ECF No. 365). This Court granted the motion for an extension of time (ECF No. 366).

5. EXIT Realty moved to join Defendants' motions on August 26, 2024 (ECF No. 402). This Court granted the motion (ECF No. 404).

6. This Court denied Defendants' motions to dismiss and motions to strike on December 16, 2024 (ECF Nos. 589-590).

7. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answers currently are due December 30, 2024.

8. Defendants respectfully request that the answer deadline for all Defendants be extended to January 27, 2024, four weeks after the original deadline. The Complaint comprises 264 paragraphs, and Defendants must collect extensive information to adequately respond to each allegation. This Court previously agreed to a similar period for defendants to submit answers in *Sitzer v. Nat'l Ass'n of Realtors*. *See* Scheduling Order at 1, *Sitzer v. Nat'l Ass'n of Realtors*, No. 4:19-cv-332, ECF No. 144 (setting deadline four weeks after denial of motions to dismiss). Unlike the deadline in *Sitzer*, the current deadline to answer in this case falls in the week between Christmas and New Years (and during Hanukkah), which substantially complicates the information collection process.

9. Plaintiffs have been consulted and do not object to the requested extension.

10. No prior extensions of these deadlines have been requested by Defendants.

11. This Motion is not filed for the purpose of delay or harassment and will not cause prejudice as the Motion is consented to by all parties.

WHEREFORE, Defendants request that this Court enter an Order granting Defendants up to and including January 27, 2025, to file answers to Plaintiffs' Consolidated Amended Class Action Complaint.

Dated: December 19, 2024

Respectfully submitted,

/s/ *Taylor Concannon Hausmann*
HUSCH BLACKWELL LLP
Jeffrey J. Simon, MO #35558
Taylor Concannon Hausmann, MO #67056
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jeff.Simon@huschblackwell.com
Taylor.Hausmann@huschblackwell.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com
agordon@paulweiss.com
agressel@paulweiss.com
ybarkai@paulweiss.com

*Attorneys for Defendant Berkshire Hathaway Energy Company*

/s/ *David Z. Gringer*
David Z. Gringer (*pro hac vice*)
Emily Barnet (*pro hac vice*)

Wilmer Cutler Pickering
  Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
Wilmer Cutler Pickering
  Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

Robert Adams (MO #34612)
Michael S. Cargnel (MO #52631)
Hannah M. Smith (MO #73949)
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2101
rtadams@shb.com
mcargnel@shb.com
hsmith@shb.com

Eric Soller (*pro hac vice forthcoming*)
John Brumberg (*pro hac vice forthcoming*)
William Pietragallo II (*pro hac vice forthcoming*)
Quintin DiLucente (*pro hac vice forthcoming*)
Pietragallo Gordon Alfano
  Bosick & Raspanti, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
EGS@Pietragallo.com
JRB@Pietragallo.com
WP@Pietragallo.com

QD@Pietragallo.com

*Attorneys for Defendant Hanna Holdings, Inc.*

*/s/ Benjamin H. Diessel*
Benjamin H. Diessel (*pro hac vice*)
John M. Doroghazi (*pro hac vice*)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06510
Tel: (203) 498-4400
bdiessel@wiggin.com
jdoroghazi@wiggin.com

Christopher J. Kaufman (#62991 MO)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
ckaufman@shb.com

*Counsel for Defendant, William Raveis Real Estate, Inc.*

*/s/ Carl Burkhalter*
Marcus Angelo Manos (*pro hac vice*)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
(803) 771-8900
MManos@maynardnexsen.com

Carl S. Burkhalter (*pro hac vice*)
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
(205) 254-1081
cburkhalter@maynardnexsen.com

Alexandra Harrington Austin (*pro hac vice*)
MAYNARD NEXSEN PC
205 King Street, Suite 400

5

Charleston, SC 29401
(843) 579-7827
aaustin@maynardnexsen.com

Joseph C Blanton, Jr.
Thomas W. Collins, III
Diedre A Peters
Mark D. Blanton
Shaune D. Hanschen (*Pro hac vice*)
Blanton, Nickell, Collins, Douglas,
Hanschen & Peters LLC
219 South Kingshighway
P.O. Box 805
Sikeston, MO 63801
Telephone: (573) 471-1000
Fax: (573) 471-1012
jblanton@blantonlaw.com
tcollins@blantonlaw.com
dpeters@blantonlaw.com
mblanton@blantonlaw.com
shanschen@blantonlaw.com

*Attorneys for Defendant Crye-Leike, Inc.*


*/s/ Edward C. Duckers*
Edward C. Duckers, Bar No. 242113 (*pro hac vice*)
Stoel Rives LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900
Facsimile: 415.617.8907
Ed.duckers@stoel.com

*Attorneys for Defendants William L. Lyon & Associates, Inc. dba Lyon Real Estate and Windermere Real Estate Services Company, Inc.*

*/s/ James M. Brodzik*
James M. Brodzik, #66700
701 Market Street, Suite 260
St. Louis, MO 63101-1843
P: 314-241-2600
F: 314-241-7428

jbrodzik@hinshawlaw.com

*Attorney for Defendants EXIT Realty Corp.
International and EXIT Realty Corp USA*

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2024, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Taylor Concannon Hausmann*