UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>Defendants. | Case No.: 4:23-cv-00788-SRB<br><br>[Consolidated with 4:23-cv-00945-SRB] |

**PLAINTIFFS' CONSENTED MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request that the Court enter an order extending until February 7, 2025, the time for Plaintiffs to respond to Defendants Berkshire Hathaway Energy and William Raveis's Motions to Compel, filed on January 17, 2025 (the "Motions"). Plaintiffs further request that the Court permit Plaintiffs to submit one consolidated opposition to the two motions, not to exceed twenty-five pages. Finally, Plaintiffs further request that the Court extend the time for Berkshire Hathaway Energy and William Raveis to file any replies in support of their motions until February 28, 2025. In support of this Motion, Plaintiffs state:

1. The Motions both move to compel arbitration and, in the alternative, to stay the claims against each defendant. Given the similarity in the issues raised in the two Motions, Plaintiffs believe it will be most efficient to address them in a single opposition. Plaintiffs seek a one-week extension of the time to respond to accommodate counsel's previously scheduled vacation during the current deadline.

2. Counsel for Plaintiffs conferred with counsel for Berkshire Hathaway Energy and William Raveis, who consent to Plaintiffs' request for an extension to February 7, 2025. Counsel for Berkshire Hathaway Energy and William Raveis requested that the time period for their Reply briefs be extended to February 28, 2025. Plaintiffs do not oppose that request.

3. This Motion is not filed for the purpose of delay or harassment, and will not cause prejudice as all Parties have consented to the timeframe for the extension.

WHEREFORE Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs an extension of time up to and including February 7, 2025, to respond to Berkshire Hathaway Energy and William Raveis's motions (ECF Nos. 634, 636); granting Plaintiffs leave to file a single consolidated opposition, not to exceed twenty-five pages; and extending the time for Berkshire Hathaway Energy and William Raveis to file any replies in support of their motions until February 28, 2025.

DATED: January 22, 2025              Respectfully submitted,

By: /s/ *Beatrice C. Franklin*

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
T: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)

401 Union St., Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown *(pro hac vice)*
Robert A. Braun *(pro hac vice)*
Sabrina Merold *(pro hac vice)*
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
T: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman *(pro hac vice)*
769 Centre Street, Suite 207
Boston, MA 02130
T: (617) 858-1990
dsilverman@cohenmilstein.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman *(pro hac vice)*
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce *(pro hac vice)*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons (Mo. Bar. No. 70046)
Jeannie Evans (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware (Mo. Bar No. 54150)
Jeremy M. Suhr (Mo. Bar No. 60075)
Erin D. Lawrence (Mo. Bar No. 63021
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Telephone: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark (Mo. Bar No. 41018)
Scott McCreight (Mo. Bar No. 44002)
11161 Overbrook Rd. Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

**WILLIAMS DIRKS DAMERON LLC**
Eric L. Dirks (Mo. Bar No. 54921)
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945 7110
dirks@williamsdirks.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2025, a copy of the foregoing document was filed with the court's electronic filing system which sent notification of such filing to all counsel of record.

*/s/ Beatrice C. Franklin*
Beatrice C. Franklin
