IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Civil Action No. 4:23-cv-00788-SRB<br><br>[Consolidated with 4:23-cv-00945-SRB]<br><br>Hon. Stephen R. Bough<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO APPROVE FORM AND MANNER OF CLASS NOTICE

Plaintiffs respectfully request that the Court enter an order granting approval of the form and manner of Class Notice for recent settlements in this case.

The Court granted preliminary approval of Settlements with Defendants: (1) The Keyes Company and Illustrated Properties, LLC (collectively "Keyes"); (2) NextHome, Inc. ("NextHome"); (3) John L. Scott Real Estate Affiliates, Inc., and John L. Scott, Inc. (collectively "John L. Scott"); (4) The K Company Realty, LLC d/b/a LoKation ("LoKation"); (5) Real Estate One, Inc. ("Real Estate One"); and (6) Baird & Warner Real Estate, Inc. ("Baird & Warner") (together the "Settling Defendants)," on November 5, 2024 (Doc. 534) and January 28, 2025 (Doc. 663). The Court further appointed JND Legal Administration ("JND") as the Settlement Administrator to implement the terms of the proposed Settlement Agreements. *Id*. The parties now seek to send and publish notice to the Settlement Classes.

The Court has previously approved the form and manner of class notice for nine prior settlements in this *Gibson* action[1] and five prior settlements in the related *Burnett* action.[2] *See, e.g., Gibson* Doc. 161, (motion for preliminary approval of settlements and approval of notice plan); *Gibson* Doc. 163, ¶9 (Order approving notice plan); *Gibson* Doc 292 (motion to approve form of notices); *Gibson* Doc. 296 (Order approving form of notices); *Burnett* Doc. 1319 (motion for preliminary approval of settlements and approval of notice plan); *Burnett* Doc. 1321, ¶9 (Order approving notice plan); *Burnett* Docs. 1365 and 1371 (motions to approve form of notices); *Burnett* Doc. 1366 (Order approving form of notices).

The Settlement Classes in the recent Settlements with Keyes, NextHome, John L. Scott, LoKation, Real Estate One, and Baird & Warner overlap with settlement classes that have already been issued three previous rounds of class notice in *Gibson* and *Burnett*. For this fourth notice round, in order to make efficient use of settlement funds and maximize recovery for the Classes, Plaintiffs propose that JND implement a notice program substantially similar to the previous three rounds of notice, with postcards mailed to newly-obtained addresses only. This plan, pursuant to Rule 23(c)(2)(B), provides the "best notice practicable" to all potential Settlement Class Members who will be bound by the proposed Settlements. Accordingly, the Court should authorize the proposed notice plan.

Plaintiffs further request that the Court approve the content of the various notices being sent and published. Exhibit A is the "long form" notice that will be posted to the settlement

---

[1] Prior Settling Defendants in *Gibson* include Compass, Real Brokerage, Realty ONE, @properties, Douglas Elliman, Redfin, Engel & Völkers, HomeSmart, and United Real Estate. *See, e.g.,* Docs. 163, 297, and 348.
[2] Prior Settling Defendants in *Burnett et al. v. National Association of Realtors, et al., Case No. 19-CV-00332-SRB (Western District of Missouri) ("Burnett")* include Anywhere, RE/MAX, Keller Williams, HomeServices, and NAR.

2

website. Exhibit B is the "email notice" that will be sent to identified Class Members via email. Exhibit C is the "postcard notice" that will be mailed to newly identified Class Members via U.S. mail. The notices are derived from and substantially similar to the notices of settlements provided to, and approved by, the Court in this action and the *Burnett* action. *See, e.g., Burnett* Doc. 1319-1 at 76 (Keough Declaration, Exhibit B); *Burnett* Docs. 1365, 1365-1, 1365-2, 1365-3, 1366 (proposed notices and order approving form of notices in *Burnett*). These notices include the deadlines for filing objections and exclusions as well as the date of the final approval hearing. The parties further request that, in the event settlements with other Defendants in this case or related cases receive preliminary approval prior to printing and publishing the class notice materials, the notices may be modified to include notice of the additional settlements, while maintaining a substantially similar notice format. The long form notice will be posted to the website, and any new postcard notice will be mailed to Class Members at least 60 days prior to the objection/opt out deadline. The email and publication campaign will continue throughout the notice period.

The parties wish to send these notices as soon as possible and, therefore, respectfully request that the Court grant this motion without delay and authorize the parties to send notice in substantial compliance with Exhibits A-C, with the possible addition of other settling defendants.

DATED: February 10, 2024

Respectfully submitted by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Jeannie Y. Evans*

*/s/ Eric L. Dirks*

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Michael A. Williams     MO # 47538
Eric L. Dirks     MO # 54921
1100 Main Street, Suite 2600

Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West

Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com
dirks@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware    MO # 54150
Jeremy M. Suhr    MO # 60075
Erin D. Lawrence    MO # 63021
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tele:   (816) 492-2826
Fax:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark    MO # 41018
Scott McCreight    MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs and the Classes*

New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Classes*