IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, ET AL.,<br><br>Defendants. | Case No. 4:23-CV-00788-SRB<br>[Consolidated with 4:23-CV-00945-SRB]<br><br>Hon. Stephen R. Bough |

## DEFENDANT HANNA HOLDINGS, INC.'S MOTION FOR RECUSAL OF THE HONORABLE STEPHEN R. BOUGH

Defendant Hanna Holdings, Inc. moves for the recusal of the Honorable Stephen R. Bough pursuant to 28 U.S.C. § 455 and in accordance with Canon 3 of the Code of Conduct for United States Judges. In support, Hanna Holdings relies on the Suggestions submitted alongside this motion and the Declarations of David Z. Gringer and John R. Brumberg and exhibits attached thereto.

Dated: March 10, 2025

Respectfully submitted,

/s/ David Z. Gringer

John Brumberg (*pro hac vice* forthcoming)
William Pietragallo II (*pro hac vice* forthcoming)
Quintin DiLucente (*pro hac vice* forthcoming)
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-2000
JRB@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

David Z. Gringer (*pro hac vice*)
Emily Barnet (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

1

Seth P. Waxman (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ David Z. Gringer
David Z. Gringer
*Counsel for Hanna Holdings, Inc.*