IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>Defendants | Case No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB]<br><br>Judge Stephen R. Bough |

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO WILLIAM RAVEIS REAL ESTATE, INC.

Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively "Plaintiffs"), and Defendant William Raveis Real Estate, Inc. ("WRRE") (together with Plaintiffs, the "Parties") respectfully provide notice to the Court that the Parties have reached a binding term sheet to settle all claims asserted against WRRE in the above-captioned consolidated action as part of a proposed nationwide class settlement. The settlement was jointly negotiated with counsel for all Plaintiffs. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will promptly file a motion in this Court for preliminary approval of the proposed settlement.

The Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to WRRE to preserve the resources of Plaintiffs, WRRE, and the Court, and to seek preliminary and final approval of the settlement.

The Parties agree that this Notice and the stay requested herein shall not constitute a waiver of any claims or defenses, including but not limited to: (a) any jurisdictional or venue defenses

that may be available under Rule 12 of the Federal Rules of Civil Procedure, statutory law, or common law (including but not limited to personal jurisdiction or improper venue defenses), (b) any arbitration rights; (c) any affirmative defenses that may be available under Rule 8 of the Federal Rules of Civil Procedure, statutory law, or common law, or (d) any statutory or common law defenses that may be available to WRRE in this or any other related actions.

Dated: March 12, 2025 Respectfully submitted by:

By: */s/ Benjamin H. Diessel*
Benjamin H. Diessel (*pro hac vice*)
John M. Doroghazi (*pro hac vice*)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06510
Tel: (203) 498-4400
bdiessel@wiggin.com
jdoroghazi@wiggin.com

Christopher J. Kaufman (#62991 MO)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
ckaufman@shb.com

*Attorneys for Defendant William Raveis Real Estate, Inc.*

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Michael S. Ketchmark    MO # 41018
Scott A. McCreight      MO # 44002
Ben H. Fadler           MO # 56588

2

KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele:  (913) 266-4500
Fax:   (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

Brandon J.B. Boulware        MO # 54150
Jeremy M. Suhr               MO # 60075
Erin D. Lawrence             MO # 63021
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele:  (816) 492-2826
Fax:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

Matthew L. Dameron           MO # 52093
Eric L. Dirks                MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele:  (816) 945-7110
Fax:   (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Brian E. Johnson (Mo. Bar. No. 64938)
BEJohnson@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207

3

Boston, MA 02130
Telephone: (617) 858-1990

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

*s/ Benjamin H. Diessel*
Benjamin H. Diessel (*pro hac vice*)
*Attorney for William Raveis Real Estate, Inc.*
