In re: Hanna Holdings, Inc.

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00788-SRB)

---

**JUDGMENT**

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.

Petition for writ of mandamus has been considered by the court and is denied. The district court is hereby directed to address the pending motion to transfer in light of *In re Apple, Inc.*, 602 F.3d 909, 911 (8th Cir. 2010).

Mandate shall issue forthwith.

March 20, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler