# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1352

In re: Hanna Holdings, Inc.

Petitioner

___

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00788-SRB)

___

**MANDATE**

In accordance with the judgment of March 20, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 20, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit