IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS, ET AL., <br><br> Defendants. | Case No. 4:23-CV-00788 <br> [Consolidated with 4:23-CV-00945] <br><br> Honorable Stephen R. Bough |

### DEFENDANT HANNA HOLDINGS, INC.'S UPDATED MOTION TO TRANSFER

Pursuant to 28 U.S.C. § 1404(a) and this Court's order "encourag[ing]" Hanna Holdings, Inc. "to file an updated Motion to Transfer," *see* Dkt. 695, Hanna Holdings respectfully moves for the Court to transfer the claim against Hanna Holdings to the United States District Court for the Western District of Pennsylvania. In support, Hanna Holdings relies on the Suggestions submitted alongside this motion and the Declaration of Tracy Rossetti Delvaux submitted with the Suggestions.

Dated: March 27, 2025

Robert Adams (MO #34612)
Michael S. Cargnel (MO #52631)
Hannah M. Smith (MO #73949)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2101
rtadams@shb.com
mcargnel@shb.com
hsmith@shb.com

John Brumberg (*pro hac vice* forthcoming)
William Pietragallo II (*pro hac vice* forthcoming)
Quintin DiLucente (*pro hac vice* forthcoming)
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

Respectfully submitted,

*/s/ David Z. Gringer*
David Z. Gringer (*pro hac vice*)
Emily Barnet (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

*Attorneys for Defendant Hanna Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 27, 2025, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *David Z. Gringer*
David Z. Gringer
*Attorney for Hanna Holdings, Inc.*