IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, ET AL.,<br><br>Defendants. | Case No. 4:23-cv-00788<br>[Consolidated with 4:23-cv-00945]<br><br>Hon. Stephen R. Bough |

## DEFENDANT BERKSHIRE HATHAWAY ENERGY COMPANY'S UNOPPOSED MOTION TO JOIN DEFENDANT HANNA HOLDINGS, INC.'S MOTION FOR RECUSAL OF THE HONORABLE STEPHEN R. BOUGH; SUGGESTIONS IN SUPPORT

Defendant Berkshire Hathaway Energy Company ("BHE") moves to join Defendant Hanna Holdings, Inc.'s ("Hanna Holdings") Motion for Recusal of the Honorable Stephen R. Bough, ECF No. 688. BHE expressly adopts and incorporates by reference the arguments made in Hanna Holdings' Suggestions in Support of its Motion for Recusal, ECF No. 689.

Plaintiffs do not oppose BHE's motion. Accordingly, BHE respectfully requests that the Court allow BHE to join the Motion for Recusal.

Dated: March 27, 2025

/s/ Andrew G. Gordon

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

Facsimile: (212) 757-3990
kforrest@paulweiss.com
agordon@paulweiss.com
agressel@paulweiss.com
ybarkai@paulweiss.com

*Attorneys for Defendant Berkshire Hathaway Energy Company*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on March 27, 2025 on all counsel of record by virtue of the Court's CM/ECF system.

*/s/ Andrew G. Gordon*