## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

DON GIBSON, LAUREN CRISS, JOHN
MEINERS, and DANIEL UMPA, on behalf of
themselves and all others similarly situated,
                    Plaintiffs,
      v.
NATIONAL ASSOCIATION OF
REALTORS, et al.
                Defendants.

Civil Action No. 4:23-cv-00788-SRB
[Consolidated with 4:23-cv-00945-SRB]

**JURY TRIAL DEMANDED**

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO EXIT REALTY CORP. INTERNATIONAL AND EXIT REALTY CORP. USA

Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa ("Plaintiffs") and EXIT Realty Corp. International and EXIT Realty Corp. USA (collectively, "EXIT Realty" and, together with Plaintiffs, the "Parties") respectfully write to the Court to provide notice that the Parties have reached an agreement to settle all claims asserted against EXIT Realty in this action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will file a motion in this Court for preliminary approval of the proposed settlement.

As provided by the agreement, the Parties hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to EXIT Realty to preserve the resources of Plaintiffs, EXIT Realty, and the Court, and to seek preliminary and final approval of the settlement.

Dated: April 8, 2025

Respectfully submitted,

/s/ David M. Schultz

David M. Schultz (*pro hac vice*)
dschultz@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001

*Counsel for the EXIT Defendants*


/s/ Michael Ketchmark

KETCHMARK AND MCCREIGHT P.C.
Michael Ketchmark          MO # 41018
Scott McCreight            MO # 44002
 11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tel:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com


Brandon J.B. Boulware       MO # 54150
Jeremy M. Suhr             MO # 60075
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tel:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com


WILLIAMS DIRKS DAMERON LLC
Eric L. Dirks              MO # 54921
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
dirks@williamsdirks.com

*Attorneys for the Plaintiffs*

/s/ Robert A. Braun

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600


Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990


Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292


Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000


Nathan Emmons (Mo. Bar. No.
70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com

2

HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Attorneys for the Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Robert A. Braun*
ROBERT A. BRAUN