WILMERHALE

April 18, 2025

**David Gringer**

+1 212 230 8864 (t)
+1 212 230 8888 (f)
david.gringer@wilmerhale.com

<u>**VIA ECF**</u>

The Honorable Stephen R. Bough
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

     RE: *Gibson v. Nat'l Ass'n of Realtors et al.*, Case No. 4:23-cv-00788-SRB

Dear Judge Bough:

     I submit this letter regarding the Court's Order dated April 10, 2025, denying Hanna Holdings, Inc.'s motion for recusal (Dkt. 724). In that Order, this Court stated he "recall[ed] attorneys for Hanna Holdings being present at the final settlement hearing in *Burnett*." Dkt. 724 at 5. Specifically, this Court found "telling" Hanna Holdings' "non-denial" that attorneys for its local counsel, Shook, Hardy & Bacon, LLP, "were in the Courtroom for the final settlement hearing." *Id.* at 6.

     Hanna Holdings writes to clarify that its local counsel was not in the courtroom for the final settlement hearing in *Burnett* on May 9, 2024. *See* Dkt. 711 at 13. Attached as Exhibit A is the declaration of Hannah M. Smith, an attorney in the law firm of Shook, Hardy & Bacon, LLP, and local counsel for Hanna Holdings. As that declaration explains, neither Ms. Smith nor the other counsel of record for Hanna Holdings at Shook, Hardy & Bacon, LLP attended the hearing. Ex. A, ¶¶ 2-3. Ms. Smith sent multiple firm- and office-wide emails requesting a response if any attorney in the law firm attended the hearing. *Id.* ¶¶ 5-6. No attorney in the firm responded that they attended the hearing. *Id.* Moreover, the law firm did not submit any time entries for work performed on behalf of Hanna Holdings during the month of the hearing. *Id.* ¶ 4.

     In sum, Hanna Holdings is confident that no attorney of any law firm representing Hanna Holdings in this litigation attended the final settlement hearing in *Burnett*. And it is likewise confident that the representations in the sworn declarations submitted alongside its motion for recusal were accurate.

                                     Sincerely,

                                     <u>*/s/ David Z. Gringer*</u>
                                     David Z. Gringer

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington