IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCAITION OF REALTORS, et al.,<br><br>Defendants. | Case No. 23-cv-00788-SRB |

## **ORDER**

Upon review of the record, it is hereby ORDERED that JND Legal Administration and Huntington Bank shall provide to the Court a quarterly accounting of all fees and charges made to the settlement fund. Such fees and charges include, but are not limited to, rebates, awards and/or credits from vendors, and financial benefits from banks or any institutions. It is further ORDERED that the first accounting is due within thirty (30) days from the date of this Order and quarterly thereafter.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
Dated: May 7, 2025 UNITED STATES DISTRICT JUDGE