IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

**DEFENDANT BERKSHIRE HATHAWAY ENERGY COMPANY'S
MOTION TO CERTIFY PURSUANT TO 28 U.S.C. § 1292(b) THE COURT'S ORDER
DENYING BERKSHIRE HATHAWAY ENERGY COMPANY'S
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

May 30, 2025

Jeffrey J. Simon
Taylor Concannon Hausmann
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000

Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Pursuant to 28 U.S.C. § 1292(b), Defendant Berkshire Hathaway Energy Company ("BHE") respectfully moves this Court to certify for immediate interlocutory review the Court's May 12, 2025 order, ECF No. 741 (the "Transfer Order"), denying BHE's motion to transfer under 28 U.S.C. § 1404(a), ECF No. 713, given that the Transfer Order involves several important and controlling questions of law as to which there are substantial grounds for a difference of opinion and whose resolution would materially advance the ultimate termination of the litigation. The reasons for this motion are more fully set forth in the accompanying Suggestions in Support.

Dated: May 30, 2025

／s／ *Jeffrey J. Simon*

**HUSCH BLACKWELL LLP**
Jeffrey J. Simon, MO #35558
Taylor Concannon Hausmann, MO #67056
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jeff.Simon@huschblackwell.com
Taylor.Hausmann@huschblackwell.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com
agordon@paulweiss.com
glaufer@paulweiss.com
agressel@paulweiss.com
ybarkai@paulweiss.com

*Attorneys for Defendant
Berkshire Hathaway Energy Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on May 30, 2025 on all counsel of record by virtue of the Court's CM/ECF system.

*/s/ Jeffrey J. Simon*
