# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>      Defendants. | Civil Action No. 4:23-cv-00788-SRB<br><br>[Consolidated with 4:23-cv-00945-SRB]<br><br>Hon. Stephen R. Bough |

**NOTICE OF PENDING SETTLEMENT, JOINT MOTION TO CONTINUE TO STAY CASE AS TO DEFENDANT HANNA HOLDINGS, INC., AND JOINT STATUS REPORT**

Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively "Plaintiffs") and Defendant Hanna Holdings, Inc. ("Howard Hanna," and together with Plaintiffs, the "Parties"), respectfully write to update the Court on the Parties' agreement in principle to settle all claims asserted against Howard Hanna in this action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Rule 23 of the Federal Rules of Civil Procedure.

As the Parties previously informed the Court in their May 2, 2025 Notice of Pending Settlement and Joint Motion to Stay Case (ECF No. 733), Plaintiffs and Howard Hanna have reached an agreement in principle to settle all claims. The Parties continue to negotiate the terms of that settlement agreement in good faith. The Parties hereby jointly stipulate and request that the Court continue to stay all deadlines and proceedings solely as to Howard Hanna to preserve the resources of Plaintiffs, Howard Hanna, and the Court, and to seek approval of the settlement. The Parties agree that this Notice and the stay requested herein shall not constitute a waiver of any defenses, including but not limited to: (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, statutory law, or common law (including but not limited to personal jurisdiction defenses), (b) any affirmative defenses that may be available under Rule 8 of the Federal Rules of Civil Procedure, statutory law, or common law, or (c) any other statutory or common law defenses that may be available to Hanna Holdings in this or any other related actions.

Dated: June 2, 2025

Respectfully submitted by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ *Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ *David Z. Gringer*
David Z. Gringer (*pro hac vice*)
Emily Barnet (*pro hac vice*)

Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Jeannie Evans (*pro hac vice*)
Nathan Emmons (MO # 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware (MO # 54150)
Jeremy M. Suhr (MO # 60075)
Erin D. Lawrence (MO # 63021)
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel:    (816) 492-2826
Fax:    (816) 492-2826

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Karin Dryhurst (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

**SHOOK, HARDY & BACON LLP**
Robert Adams (MO #34612)
Michael S. Cargnel (MO #52631)
Hannah M. Smith (MO #73949)
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2101
rtadams@shb.com
mcargnel@shb.com
hsmith@shb.com

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
John Brumberg (*pro hac vice forthcoming*)
William Pietragallo II (*pro hac vice forthcoming*)
Quintin DiLucente (*pro hac vice forthcoming*)
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com


**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark (MO # 41018)
Scott McCreight (MO # 44002)
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tel:     (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com


**WILLIAMS DIRKS DAMERON LLC**
Michael A. Williams (MO # 47538)
Matthew L. Dameron (MO # 52093)
Eric L. Dirks (MO # 54921)
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: (816) 945 7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com
matt@williamsdirks.com
dirks@williamsdirks.com


**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)

401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that on June 2, 2025, a true and correct copy of the foregoing was filed electronically by the Court's CM/ECF system, which caused notice and a copy of this filing to be sent to all counsel of record.

Dated: June 2, 2025  */s/ David Z. Gringer*
David Z. Gringer