IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:23-cv-00788-SRB |
| v. ) | |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the Consented Motion of Keller Williams Realty, LLC, Anywhere Real Estate Inc., RE/MAX LLC, and the National Association of REALTORS® (the "*Burnett* and *Moehrl* Defendants") for an Order Regarding Plaintiffs' Production of Documents and Information from *Burnett* and *Moehrl*. (Doc. #791). Upon review, the motion is GRANTED.

Plaintiffs in the instant litigation filed a Consented Motion Regarding Documents Produced in *Burnett* and *Moehrl* (Doc. #779), which the Court granted (Doc. #780). Plaintiffs intend to produce to Defendants in this case certain documents currently in the possession of Plaintiffs' counsel that were originally produced in *Burnett v. NAR*, No. 4:19-cv-00332 (W.D. Mo.) and *Moehrl v. NAR*, No. 1:19-cv-01610 (N.D. Ill.). These documents include information produced originally by the *Burnett* and *Moehrl* Defendants.

In order to ensure that the *Burnett* and *Moehrl* Defendants (as defined above) are able to receive notice of any potential disclosure of their confidential materials[1] in this or future cases and

---

[1] The Court's Order granting the Parties' Consented Motion Regarding Documents Produced in *Burnett* and *Moehrl* required the Parties to treat "[a]ny information produced in the Prior Litigation with a 'confidential' or 'highly confidential' designation . . . as 'confidential' or 'highly confidential' respectively in accordance with [the] protective order entered in this matter." Doc. #780 ¶ 4.

an opportunity to seek protection from such disclosure, the Parties shall treat each *Burnett* or *Moehrl* Defendant under the Stipulated Protective Order (Doc. #368) as Producing Party of documents it produced originally in *Burnett* or *Moehrl*.

So Ordered.

Dated: August 26, 2025                         /s/ Stephen R. Bough
                                                           HON. STEPHEN R. BOUGH
                                                           UNITED STATES DISTRICT JUDGE