# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**THE NATIONAL ASSOCIATION OF REALTORS, ET AL.,**<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Daniel P. Johnson hereby moves for leave to withdraw as counsel of record for Defendants Douglas Elliman Realty, LLC and Douglas Elliman, Inc. in this matter.

Trina Ricketts, Robert James Anello, and Edward M. Spiro remain as counsel of record for Defendants in this matter.

Accordingly, good cause exists for granting leave to withdraw.

WHEREFORE, the undersigned respectfully requests the Court enter an Order granting leave to withdraw as counsel for Defendants Douglas Elliman Realty, LLC and Douglas Elliman, Inc. in this matter.

Respectfully submitted,

*/s/ Daniel P. Johnson*
Daniel P. Johnson, #68996
Direct: 816.627.4449
E-Fax: 816.817.9962
dpjohnson@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

**WITHDRAWING ATTORNEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, the above and foregoing was filed using the Court's CM/ECF system, which generated notice of same to all counsel of record.

                                          */s/ Daniel P. Johnson*
                                          Daniel P. Johnson