IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:23-cv-00788-SRB |
| v. | ) |
| | ) |
| NATIONAL ASSOCIATION OF | ) |
| REALTORS, et al. | ) |
| | ) |
| Defendants. | ) |

**NON-PARTY REALCOMP II, LTD.'S MOTION FOR ORDER
REGARDING PLAINTIFFS' PRODUCTION OF
DOCUMENTS AND INFORMATION FROM *BURNETT* AND *MOEHRL*__**

Realcomp II, Ltd. (a "*Burnett* and *Moehrl* Subpoenaed Party"), having been subpoenaed in the *Burnett* and *Moerl* cases and having produced documents in *Burnett* and *Moehrl*, respectfully requests that the Court issue an Order that would permit it to receive advance notice of any disclosure of documents it produced in *Burnett* or *Moehrl* or both, after Plaintiffs produce those documents to Defendants in this case, including use in this case to the extent required under Paragraph 8(b) of the Stipulated Protective Order (ECF No. 368).

Plaintiffs in the instant litigation filed the Consented Motion Regarding Documents Produced in *Burnett* and *Moehrl* (ECF No. 779), which the Court granted (ECF No. 780).[1] Plaintiffs intend to produce to Defendants in this case certain documents currently in the possession of Plaintiffs' counsel that were originally produced in *Burnett v. NAR*, No. 4:19-cv-00332 (W.D.

---

[1] The Court's Order required the Parties to treat "[a]ny information produced in the Prior Litigation with a 'confidential' or 'highly confidential' designation . . . as 'confidential' or 'highly confidential' respectively in accordance with [the] protective order entered in this matter." ECF No. 780 ¶ 4.

Mo.) and *Moehrl v. NAR*, No. 1:19-cv-01610 (N.D. Ill.). These documents include information produced originally by the *Burnett* and *Moehrl* Defendants and the *Moehrl* Subpoenaed Parties.

Under the Stipulated Protective Order (ECF No. 368), Plaintiffs (not the *Burnett* and *Moehrl* Defendants) might be considered the Producing Party of that information because Plaintiffs (not the *Burnett* and *Moehrl* Defendants) are the parties that will produce documents that the defendants in *Burnett* and *Moehrl* actually produced. If so, the *Burnett* and *Moehrl* Defendants' and Realcomp's ability to monitor who possesses their documents would be severely compromised, as would their ability to take efforts to protect against unnecessary disclosure of sensitive material. Under Paragraph 16(a) of the Stipulated Protective Order, Defendants would be required to notify the Producing Party if they were to receive a demand in unrelated litigation for any of the *Burnett* and *Moehrl* Defendants' documents. The Stipulated Protective Order also requires the Parties to seek consent of the Producing Party before disclosure of designated material other than as specifically authorized. *See* Stipulated Protective Order ¶¶ 8(b) ("Others by Consent").

To eliminate any ambiguity as to whether the *Burnett* and *Moehrl* Defendants and Realcomp would be regarded as the Producing Party of their documents at issue, which were first produced not by Plaintiffs but by the defendants in *Burnett* and *Moehrl*.[2] For all of these reasons, Realcomp requests that the Court issue an Order clarifying that Realcomp should be treated as the Producing Party of any document that it produced in *Burnett* and/or *Moehrl*. The Court has already granted similar relief to the Burnett and Moehrl Defendants in its Order dated August 26, 2025 (Doc. #793).

---

[2] They would also be entitled to protections afforded Producing Parties under the Stipulated Protective Order in this case.

Realcomp conferred with both Plaintiffs and counsel for Berkshire Hathaway Energy Co. and Crye-Leike, Inc. (which Realcomp understands to be the sole remaining Defendants actively litigating this case), who represented that they consented to the foregoing.

Dated: October 3, 2025

        Respectfully submitted,

        **MANTESE HONIGMAN, P.C.**
        *Attorneys for Third-Party, Realcomp II, LTD*

        */s/ Paul S. Tahan*
        Paul Tahan (73037 MO)
        ptahan@manteselaw.com
        518 S. Hanley Road
        Clayton, MO 63105
        248-457-9200

        **LIPPITT O'KEEFE, PLLC**
        *Attorneys for Third-Party, Realcomp II, LTD*
        Brian D. O'Keefe (P39603)
        *pro hac vice*
        Alexander E. Blum (P74070)
        *pro hac vice*
        370 East Maple Road, Third Floor
        Birmingham, Michigan 48009
        248-646-8292
        bokeefe@lippittokeefe.com
        ablum@lippittokeefe.com