IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, and JOHN MEINERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Cause No. 4:23-cv-00788-SRB<br>[Consolidated with 4:23-cv-00945-SRB] |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Berkshire Hathaway Energy Company respectfully moves the Court, pursuant to Local Rule 83.2, to allow Anna Gressel of Paul, Weiss, Rifkind, Wharton & Garrison LLP to withdraw as counsel for Defendant Berkshire Hathaway Energy Company in the above-captioned case. Good cause exists for the motion to withdraw, and Defendant Berkshire Hathaway Energy Company will continue to be represented by attorneys from Husch Blackwell LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Taylor Concannon Hausmann*
Jeffrey J. Simon, MO #35558
Taylor Concannon Hausmann, MO #67056
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jeff.Simon@huschblackwell.com
Taylor.Hausmann@huschblackwell.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew G. Gordon (*pro hac vice*)
Katherine B. Forrest (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
agordon@paulweiss.com
kforrest@paulweiss.com
agressel@paulweiss.com
ybarkai@paulweiss.com

*Attorneys for Defendant*
*Berkshire Hathaway Energy Company*

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, a true and correct copy of the foregoing was filed via CM/ECF, which will automatically serve an electronic copy on all counsel of record.

/s/ Taylor Concannon Hausmann
Taylor Concannon Hausmann