IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL ASSOCIATION OF )<br>REALTORS, et al., )<br>)<br>Defendants. ) | Case No. 4:23-cv-00788-SRB |

**ORDER**

Before the Court is Non-Party Realcomp II, Ltd.'s ("Realcomp" or the "Subpoenaed Party") Consent Motion for an Order Regarding Plaintiffs' Production of Documents and Information from *Burnett* and *Moehrl* (the "Realcomp Motion"). (Doc. #814.) Upon review, the motion is GRANTED.

Plaintiffs in the present litigation filed a Consent Motion Regarding Documents Produced in *Burnett* and *Moehrl* (Doc. #779), which the Court granted (Doc. #780). Plaintiffs intend to produce to Defendants in this case certain documents currently in the possession of Plaintiffs' counsel that were originally produced in *Burnett v. NAR*, No. 4:19-cv-00332 (W.D. Mo.) and *Moehrl v. NAR*, No. 1:19-cv-01610 (N.D. Ill.). The documents include information originally produced by the *Burnett* and *Moehrl* Subpoenaed Parties, including Realcomp.

To ensure that Realcomp, a *Burnett* and *Moehrl* Subpoenaed Party, will receive notice of any actual or potential disclosure of its confidential materials,[1] in this or future cases, and an

---

[1] The Court's Order granting the Parties' Consented Motion Regarding Documents Produced

opportunity to seek protection from such disclosure, the Parties shall treat Realcomp under the Stipulated Protective Order (Doc. #368) as a Producing Party of documents it produced originally in *Burnett* or *Moehrl*.

**IT IS SO ORDERED.**

*/s/ Stephen R. Bough*
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2025.

---

in *Burnett* and *Moehrl* required the Parties to treat "[a]ny information produced in the Prior Litigation with a 'confidential' or 'highly confidential' designation . . . as 'confidential' or 'highly confidential' respectively in accordance with [the] protective order entered in this matter." (Doc. #780.)