IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-CV-00788-SRB<br>[Consolidated with 4:23-CV-00945-SRB]<br><br>Hon. Stephen R. Bough |

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO CONTINUE TO STAY CASE AS TO DEFENDANT HANNA HOLDINGS, INC., AND JOINT STATUS REPORT

Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively "Plaintiffs") and Defendant Hanna Holdings, Inc. ("Howard Hanna" and, together with Plaintiffs, the "Parties"), respectfully write to update the Court on the Parties' agreement to settle all claims asserted against Howard Hanna in this action as part of a proposed nationwide class settlement. This agreement is subject to the Court's approval under Rule 23 of the Federal Rule of Civil Procedure.

As the Parties previously informed the Court in their September 8, 2025 Notice of Pending Settlement and Joint Motion to Stay Case (ECF No. 774), Plaintiffs and Howard Hanna reached an agreement in principle to settle all claims. On August 5, 2025, the Parties executed a settlement agreement, which Plaintiffs submitted to the Court for preliminary approval on September 30, 2025 (ECF No. 808). The Court granted this motion on October 3, 2025 (ECF No. 813). A final settlement conference is set for February 5, 2026. (ECF No. 818). The Parties hereby jointly

1

stipulate and request that the Court continue to stay all deadlines and proceedings solely as to Howard Hanna to preserve the resources of Plaintiffs, Howard Hanna, and the Court, and seek approval of the settlement. The Parties further respectfully request that the Court suspend the requirement to file monthly joint status reports in light of the settlement's preliminary approval and the forthcoming February 5, 2026 final settlement conference.

The Parties agree that this Notice and the stay requested herein shall not constitute a waiver of any defenses, including but not limited to: (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, statutory law, or common law (including but not limited to personal jurisdiction defenses), (b) any affirmative defenses that may be available under Rule 8 of the Federal Rules of Civil Procedure, statutory law, or common law, or (c) any other statutory or common law defenses that may be available to Hanna Holdings in this or any other related actions.

| | |
|---|---|
| Dated: October 9, 2025 | Respectfully submitted, |
| */s/ Steve W. Berman* | */s/ David Z. Gringer* |
| Steve W. Berman (*pro hac vice*) | David Z. Gringer (*pro hac vice*) |
| steve@hbsslaw.com | Emily Barnet (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WILMER CUTLER PICKERING |
| 1301 Second Avenue, Suite 2000 | HALE AND DORR LLP |
| Seattle, WA 98101 | 7 World Trade Center |
| Telephone: (206) 623-7292 | 250 Greenwich Street |
| | New York, NY 10007 |
| Rio S. Pierce (*pro hac vice*) | (212) 230-8800 |
| riop@hbsslaw.com | david.gringer@wilmerhale.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | emily.barnet@wilmerhale.com |
| 715 Hearst Avenue, Suite 300 | |
| Berkeley, CA 94710 | Seth P. Waxman (*pro hac vice*) |
| Telephone: (510) 725-3000 | Karin Dryhurst (*pro hac vice*) |
| | Claire Bergeron (*pro hac vice*) |
| Nathan Emmons (Mo. # 70046) | WILMER CUTLER PICKERING |
| nathane@hbsslaw.com | HALE AND DORR LLP |
| Jeannie Evans (*pro hac vice*) | 2100 Pennsylvania Avenue NW |
| jeannie@hbsslaw.com | Washington, DC 20037 |

HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Brandon J.B. Boulware (MO # 54150)
brandon@boulware-law.com
Jeremy M. Suhr (MO # 60075)
jeremy@boulware-law.com
Erin D. Lawrence (MO # 63021)
erin@boulware-law.com
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826

Michael S. Ketchmark (MO # 41018)
mike@ketchmclaw.com
Scott A. McCreight (MO # 44002)
smccreight@ketchmclaw.com
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
Fax: (913) 317-5030

Michael A. Williams (MO #47538)
mwilliams@williamsdirks.com

(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

Robert Adams (MO # 34612)
Michael S. Cargnel (MO # 52631)
Hannah M. Smith (MO # 73949)
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2101
rtadams@shb.com
mcargnel@shb.com
hsmith@shb.com

John Brumberg (*pro hac vice* forthcoming)
William Pietragallo II (*pro hac vice* forthcoming)
Quintin DiLucente (*pro hac vice* forthcoming)
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-2000
JRB@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

***Attorneys for Hanna Holdings, Inc.***

3

Eric L. Dirks (MO # 54921)
dirks@williamsdirks.com
WILLIAM DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
Fax: (816) 945-7118

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 1001
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

                                                */s/ David Z. Gringer*
                                                David Z. Gringer
                                                *Counsel for Hanna Holdings, Inc.*