IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

## ENTRY OF APPEARANCE

COMES NOW Peter Andreone of the law firm of Kennyhertz Perry, LLC, and enters his appearance as counsel on behalf of non-party Huntington National Bank.

Respectfully submitted,

KENNYHERTZ PERRY, LLC

/s/ *Peter Andreone*
Peter Andreone (Mo. Bar No. 60631)
2000 Shawnee Mission Parkway, Suite 210
Mission Woods, KS 66205
Peter@kennyhertzperry.com
Phone: (816) 527-9447
Fax: (855) 844-2914

**ATTORNEYS FOR NON-PARTY HUNTINGTON NATIONAL BANK**