IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiffs respectfully request a modest extension of the current Scheduling Order to provide sufficient time for document and expert discovery and Plaintiffs to take depositions to garner the necessary evidence to move for class certification. All litigating Defendants[1] consent to the Motion. Plaintiffs have attached as Exhibit A to this Motion a Proposed Amended Scheduling Order.

In support thereof, Plaintiffs state as follows:

1. The Court issued its Scheduling Order on June 24, 2024 and set November 20, 2025 as the deadlines for expert designation for class certification and Plaintiffs' motion for class certification, and March 26, 2026 as the close of fact discovery. Dkt. No. 258.

2. Plaintiffs and the litigating Defendants (BHE, Crye-Leike, eXp, and Weichert)

---

[1] Litigating Defendants are Berkshire Hathaway Energy Company ("BHE"); Crye-Leike, Inc. ("Crye-Leike"); eXp World Holdings, Inc. and eXp Realty LLC ("eXp"); and Weichert Real Estate Affiliates, Inc. and Weichert Co. ("Weichert").

1

have been negotiating the scope of discovery. The Parties have exchanged and negotiated custodians. Plaintiffs and BHE have also raised two discovery disputes with the Court regarding custodians for BHE and Plaintiffs' request for documents from HomeServices of America, Inc. ("HomeServices"). Dkt. Nos. 769, 746.

3. Consistent with this Court's July 25, 2025 Order (Dkt. No. 780), Plaintiffs identified discovery in their possession that was produced in *Burnett v. NAR*, No. 4:19-cv-00332 (W.D. Mo.), and *Moehrl v. NAR*, No. 1:19-cv-01610 (N.D. Ill.) (the "Prior Litigations") and notified all producing parties from the Prior Litigations of the potential disclosure of their confidential materials in this litigation. No producing parties objected. On September 23, 2025, Plaintiffs disclosed documents produced by any party or third party to the Prior Litigations. This disclosure amounted to more than 25 GB of deposition transcripts and sealed filings and more than a million pages of documents produced.

4. Plaintiffs and BHE have reached agreement on certain of the search terms proposed by Plaintiffs for BHE's document review, and BHE has agreed to substantially complete its productions for those agreed-upon terms by October 31, 2025. Plaintiffs and BHE remain in active negotiations on the unresolved search terms.

5. Pursuant to this Court's Order, Dkt. No. 796, Plaintiffs served a Rule 45 subpoena on HomeServices. Following an initial meet and confer, Plaintiffs proposed search terms and custodians on October 1, 2025, and Plaintiffs and HomeServices have been conferring on the scope of discovery.

6. Crye-Leike has informed Plaintiffs that it will substantially complete its document production by December 31, 2025.

7. Weichert has committed to substantially completing its document production by

2

Case 4:23-cv-00788-SRB   Document 829   Filed 10/20/25   Page 2 of 5

December 1, 2025.

8. Plaintiffs remain in negotiations with eXp regarding a potential TAR Protocol and eXp's structured data production. eXp has not agreed to a deadline for when it will substantially complete its document productions.

9. Once the Parties have substantially completed their document productions, they will need time to review the millions of pages of documents produced, identify deponents, and take depositions before briefing on Plaintiffs' motion for class certification begins.

10. The Parties' experts will also need sufficient time to receive, clean, and analyze any structured data productions and perform econometric analyses in connection with their class certification expert reports. At present, Crye-Leike is the only litigating Defendant that has substantially completed its structured data productions.

11. In sum, despite the Parties' efforts, additional time is needed to complete document, expert, and deposition discovery. Accordingly, Plaintiffs seek a modest 5-month extension to the remaining deadlines to accomplish this. Plaintiffs' request is not made to delay, and all Defendants have consented to it.

**Therefore,** Plaintiffs respectfully request that the Court enter the Amended Scheduling Order attached as Exhibit A.

DATED: October 20, 2025

Respectfully submitted,

/s/ Eric L. Dirks
Eric L. Dirks MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
dirks@williamsdirks.com

Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
BOULWARE LAW LLC
1600 Genessee, Suite 760
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)

4

riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

***Attorneys for Plaintiffs***

5