IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiffs respectfully request a modest extension of the current Scheduling Order to provide sufficient time for discovery and to prepare the case for trial. The agreed-upon deadlines **do not** impact the current trial date. All litigating Defendants consent to the Motion. Plaintiffs have attached as Exhibit A to this Motion a Proposed Amended Scheduling Order.

In support thereof, Plaintiffs state as follows:

1. Despite Plaintiffs and the litigating Defendants (BHE, Crye-Leike, eXp, and Weichert) working through discovery issues, the production of ESI and other documents has taken longer than anticipated.

2. To date, the Parties and certain third parties have not completed their production of documents.

3. Once the Parties have substantially completed their document productions, they will need time to review the millions of pages of documents produced, identify deponents, and take depositions in order to complete fact discovery.

4. In addition, Plaintiffs' lead trial counsel who will be taking the depositions in this case has three jury trials scheduled between now and the proposed close of fact discovery.

5. In sum, despite the Parties' efforts, additional time is needed to complete document, expert, and deposition discovery. Accordingly, Plaintiffs seek an extension to the remaining fact discovery[1] deadlines to accomplish this. Plaintiffs' request is not made to delay, and all Defendants have consented to it.

6. The Court previously modified this schedule once to set a new trial date and adjust various pretrial deadlines for completing fact and expert discovery and filing motions for class certification and summary judgment. (Doc. 830.) No modifications to the schedule have been made since.

**Therefore,** Plaintiffs respectfully request that the Court enter the Amended Scheduling Order attached as Exhibit A.

DATED: February 4, 2026

Respectfully submitted,

/s/ Eric L. Dirks
Eric L. Dirks MO # 54921
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
dirks@williamsdirks.com

Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
KETCHMARK & MCCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211

---

[1] At this time, Plaintiffs are hopeful they can meet the April 17, 2026, class certification deadline. But they are still waiting on the production of data to be used by their class certification expert. Once there is more clarity on when all data will be produced, Plaintiffs will inform the Court if they believe additional time will be necessary to file their motion for class certification.

Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
BOULWARE LAW LLC
1600 Genessee, Suite 760
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Benjamin D. Brown (*pro hac vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
Sabrina Merold (*pro hac vice*)
smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Daniel Silverman (*pro hac vice*)
dsilverman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
nathane@hbsslaw.com
Jeannie Evans (*pro hac vice*)
jeannie@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver (*pro hac vice*)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
mberry@susmangodfrey.com
Floyd G. Short (*pro hac vice*)
fshort@susmangodfrey.com
Alexander W. Aiken (*pro hac vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Attorneys for Plaintiffs*