IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, ET AL.,<br><br>Defendants. | Case No. 4:23-cv-00788<br>[Consolidated with 4:23-cv-00945]<br><br>Hon. Stephen R. Bough |

# DEFENDANT BERKSHIRE HATHAWAY ENERGY COMPANY'S
# MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant Berkshire Hathaway Energy Company ("BHE") respectfully moves this Court for summary judgment with respect to all claims in Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 232).  There is no genuine dispute as to the fact that BHE's claims are subject to a release provision from a prior litigation, and therefore BHE is entitled to summary judgment as a matter of law.

In support of this motion, BHE relies on the Suggestions that are being filed concurrently with this motion.  BHE also relies on the pleadings and records on file with this Court and such argument as may be presented at any hearing on this motion.

WHEREFORE, BHE respectfully requests an order of the Court granting summary judgment in its favor on all of Plaintiffs' claims, and such other relief as the Court deems just and proper.

Dated: March 4, 2026

*/s/ Jeffrey J. Simon*
**HUSCH BLACKWELL LLP**
Jeffrey J. Simon, MO #35558
Taylor Concannon Hausmann, MO #67056
Sara A. Fevurly, MO #69076
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jeff.Simon@huschblackwell.com
Taylor.Hausmann@huschblackwell.com
Sara.Fevurly@huschblackwell.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com
agordon@paulweiss.com
glaufer@paulweiss.com

*Attorneys for Defendant Berkshire Hathaway Energy Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, a true and correct copy of the foregoing was filed via CM/ECF, which will automatically serve an electronic copy on all counsel of record.

*/s/ Jeffrey J. Simon*
Jeffrey J. Simon