**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

DON GIBSON, LAUREN CRISS, )
JOHN MEINERS, and DANIEL UMPA, )
individually and on behalf of all others )
similarly situated, )     Case No. 4:23-cv-00788-SRB
)
         Plaintiffs, )
)
    v. )
)
NATIONAL ASSOCIATION OF )
REALTORS, et al. )
)
         Defendants. )

**PLAINTIFFS' UNOPPOSED MOTION TO
MODIFY THE AMENDED SCHEDULING ORDER**

Plaintiffs respectfully request that the Court modify the Amended Scheduling Order (Doc. 864), pursuant to Western District Local Rule 16.3(a), to extend all deadlines related to class certification by four (4) months. Defendants Berkshire Hathaway Energy Company and Crye-Leike, Inc. do not oppose this Motion. In support, Plaintiffs state:

1. On February 4, 2026, Plaintiffs filed an Unopposed Motion to Modify the Scheduling Order (Doc. 863) because of continued discovery issues, including the production of ESI and other documents. The Court granted the Motion and entered an Amended Scheduling Order on February 4, 2026. Doc. 864.

2. Defendant Berkshire Hathaway Energy Company ("**BHE**") recently confirmed that its document production is not complete. Further, Plaintiffs continue to collect documents from third parties, including BHE's wholly owned subsidiary HomeServices of America.

3. To move for class certification, Plaintiffs and their experts seek additional time, documents, and data that they have not yet received. Accordingly, Plaintiffs respectfully request a four-month extension of all class certification-related deadlines. The extension of these deadlines

1

will not impact or change any other deadlines in the case or the trial date.

4.      Plaintiffs have previously filed two motions to modify the scheduling order related to discovery issues.  Docs. 829, 863.

5.      A proposed Second Amended Scheduling Order that has been reviewed and agreed to by all parties is attached as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Second Amended Scheduling Order extending all current class certification-related deadlines attached as Exhibit A.

Dated: March 26, 2026

Respectfully Submitted,

**BOULWARE LAW LLC**

 /s/ Brandon J.B. Boulware
Brandon J.B. Boulware          MO # 54150
Jeremy M. Suhr                       MO # 60075
1600 Genessee Street, Suite 760
Kansas City, MO 64102
Tele/Fax:        (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com


Daniel Silverman (*pro hac vice*)
769 Centre Street
Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark          MO # 41018
Scott McCreight              MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

**WILLIAMS DIRKS DAMERON LLC**
Michael A. Williams          MO # 47538
Eric L. Dirks                      MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com
dirks@williamsdirks.com


**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

2

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons (Mo. Bar. No. 70046)
Jeannie Evans (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000 Seattle,
Washington 98101 Telephone:
(206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ Brandon J.B. Boulware
*Attorney for Plaintiffs and the Proposed Class*

3