# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, COMPASS, INC., EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT RELATORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE SERVICES, and DOUGLAS ELLMAN, INC.<br><br>Defendants. | Case No. 4:23-cv-00788-SRB<br><br>Hon. Stephen R. Bough |

## eXp DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER WITH INCORPORATED SUGGESTIONS IN SUPPORT

Defendants eXp World Holdings, Inc. and eXp Realty, LLC (collectively, "eXp") move for leave to amend their Answer pursuant to Fed.R.Civ.P. 15(a)(2) and Local Rule 15.1, stating as follows.

1.      eXp moves for leave to file an Amended Answer and Affirmative Defenses to Plaintiffs' Amended Complaint.  The amendment is limited to asserting two additional affirmative defenses, stated as follows:

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs Don Gibson, John Meiners, and Daniel Umpa's claims, and the claims of any putative class members, are barred by the releases provided in connection with eXp's settlement of *1925 Hooper LLC, et al. v. The National Association of Realtors, et al.*, No. 1:23-cv-05392 (N.D. GA) ("*Hooper*").

### EIGHT AFFIRMATIVE DEFENSE

Plaintiffs Don Gibson, John Meiners, and Daniel Umpa's claims, and the claims of any putative class members, already have been resolved by the Court in *Hooper* and *res judicata* prohibits Plaintiffs from relitigating them in this case.

2. This amendment is necessary for eXp to assert and preserve defenses created by eXp's settlement of the case styled *1925 Hooper LLC, et al. v. The National Association of Realtors, et al.*, No. 1:23-cv-05392 (N.D. GA) ("*Hooper*") and the March 31, 2026 rulings and findings by the U.S. District Court for the Northern District of Georgia in connection with the Certification of a Settlement Class and Final Approval of that settlement.

3. eXp's proposed Amended Answer and Affirmative Defenses to Plaintiffs' Amended Complaint is attached as Exhibit A.

4. Leave to amend under Fed.R.Civ.P. 15 is to be freely granted. "The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2).

5. This amendment is necessary for justice to be done, will not introduce any delay into the case, and will not prejudice any party. This motion is timely because it is made before the pleading amendment deadline set by the Court.

6. Counsel for Plaintiffs has been consulted prior to the filing of this motion and has no objection to this motion.

WHEREFORE, eXp Defendants request this motion be sustained, and for such other relief to which they are entitled.

Respectfully submitted,

By: */s/ Mark B. Schaffer*
Mark B. Schaffer     MO# 52533
Schaffer & Associates, Chartered
10561 Barkley Street, Suite 620
Overland Park, KS  66212
mschaffer@schafflaw.com
(913) 345-0100
(913) 345-1802 Fax

James A. Morsch (*pro hac vice*)
Francis X. Riley (*pro hac vice*)
SAUL EWING LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7866
*jim.morsch@saul.com*
*francis.riley@saul.com*


***Counsel for Defendant eXp World
Holdings, Inc. and eXp Realty LLC***

{00189090.DOCX}

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 17, 2026, a copy of the foregoing document was electronically filed through the electronic case filing system and will be sent electronically to all persons identified on the Notice of Electronic Filing.


*/s/ Mark B. Schaffer*
For the Firm