# Exhibit 1

*Alejandro Schwed, Executive Director*
*Legal and Compliance Division*
*1633 Broadway, 29ʰ Floor*
*New York, NY 10019*
*Phone: 212-537-2824*
*Alejandro.schwed@morganstanley.com*

# Morgan Stanley

May 15, 2026

Hon. Stephen R. Bough

Western District of Missouri

Charles Evans Whittaker U.S. Courthouse

400 E. 9th Street

Kansas City, Missouri 64106

Re: **Gibson et al. v. National Association of Realtors et al.**
   **Case # 4:23-cv-00788-SRB**

Dear Judge Stephen R. Bough:

I am writing on behalf of Morgan Stanley, in connection with your Order of April 16, 2026, in the above-referenced matter. Morgan Stanley has no objection to allowing contracts, statements, and other materials listed in your Order to be publicly filed on ECF and published on the Court's website, for clients of Morgan Stanley that are parties of this litigation. Morgan Stanley has no objection as long as, and only if, the client of Morgan Stanley whom is referenced in those materials has no objection to the publication.

For purposes of protecting the security of those account holders, Morgan Stanley urges the Court to ensure that all Personal Identifiable Information, such as account numbers and TIN's, be redacted prior to publication.

Sincerely,

Alejandro Schwed