# EXHIBIT A



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/21/2026 | 177132 |

**BILL TO**

Hagens Bergman LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

| PROJECT | TERMS |
|---|---|
| NAR - National Association of Realtors Se | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2026) | | |
| | Call Center | | |
| 1 | Monthly TFN Hosting | 200.00 | 200.00 |
| 4,121.1 | Monthly IVR Minutes | 0.19 | 783.01 |
| 236.5 | Class Member Communications | 83.00 | 19,629.50 |
| | Process Forms | | |
| 99 | Paper Claims | 5.95 | 589.05 |
| 1,935 | Online Claims | 0.95 | 1,838.25 |
| 51.75 | Tax Reporting | 106.00 | 5,485.50 |
| 141.75 | Project Oversight/ Database Management | 203.00 | 28,775.25 |
| | Expenses: | | |
| | OCF Hosting | 645.64 | 645.64 |
| | Copy Charges | 261.75 | 261.75 |
| 2 | PO Box | 250.00 | 500.00 |
| 140 | Box Storage | 2.75 | 385.00 |
| | Electronic Data Storage | 13,740.64 | 13,740.64 |
| 3,493 | Fraudulent Claims Prevention Tool | 0.0018 | 6.29 |
| | Postage | 1,053.72 | 1,053.72 |
| 37 | Tax Filing Fees 2025 | 3,500.00 | 129,500.00 |

| | | |
|---|---|---|
| | **Invoice Total** | $203,393.60 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101

**Total Balance Due**

$285,855.36



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/25/2026 | 177403 |

**BILL TO**

Hagens Bergman LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

| PROJECT | TERMS |
|---|---|
| NAR - National Association of Realtors Se | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2026) | | |
| | Call Center | | |
| 1 | Monthly TFN Hosting | 200.00 | 200.00 |
| 3,202.49 | Monthly IVR Minutes | 0.19 | 608.47 |
| 179 | Class Member Communications | 79.00 | 14,141.00 |
| | Process Forms | | |
| 2 | Paper Claims | 5.95 | 11.90 |
| 1,113 | Online Claims | 0.95 | 1,057.35 |
| 29.25 | Tax Reporting | 82.00 | 2,398.50 |
| 237.5 | Project Oversight/ Database Management | 205.00 | 48,687.50 |
| | Expenses: | | |
| | OCF Hosting | 644.14 | 644.14 |
| | Copy Charges | 42.50 | 42.50 |
| 2 | PO Box | 250.00 | 500.00 |
| 140 | Box Storage | 2.75 | 385.00 |
| | Electronic Data Storage | 13,741.75 | 13,741.75 |
| 1,697 | Fraudulent Claims Prevention Tool | 0.0018 | 3.05 |
| | Court Transcript | 40.60 | 40.60 |

| | | **Invoice Total** | $82,461.76 |
|---|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101

████████████████████████████████████████████

**Total Balance Due**

$285,855.36



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/14/2026 | 177504 |

**BILL TO**

Hagens Bergman LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

| PROJECT | TERMS |
|---|---|
| NAR - National Association of Realtors Se | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2026) | | |
| 1.5 | Call Center | 90.00 | 135.00 |
| 1 | Monthly TFN Hosting | 200.00 | 200.00 |
| 2,584.41 | Monthly IVR Minutes | 0.19 | 491.04 |
| 138.75 | Class Member Communications | 79.00 | 10,961.25 |
| | Process Forms | | |
| 956 | Online Claims | 0.95 | 908.20 |
| 21 | Tax Reporting | 103.00 | 2,163.00 |
| 98.5 | Project Oversight/ Database Management | 224.00 | 22,064.00 |
| | Expenses: | | |
| | OCF Hosting | 803.35 | 803.35 |
| | Copy Charges | 81.75 | 81.75 |
| 2 | PO Box | 250.00 | 500.00 |
| | Box Storage | 399.51 | 399.51 |
| | Electronic Data Storage | 13,742.71 | 13,742.71 |
| 1,429 | Fraudulent Claims Prevention Tool | 0.0018 | 2.57 |
| | Postage and Supplies | 8.56 | 8.56 |

| | |
|---|---|
| **Invoice Total** | $52,460.94 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101

**Total Balance Due**

$338,316.30