DON GIBSON, LAUREN CRISS,
JOHN MEINERS, and DANIEL UMPA,
individually and
on behalf of all others similarly situated,  )

           Plaintiffs,

      v.

THE NATIONAL ASSOCIATION OF
REALTORS, et al.,

           Defendants.

Case No. 4:23-cv-00788-SRB

## AFFIDAVIT OF PROPOSED SPECIAL MASTER
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53(b)(3)(A)

**STATE OF ALABAMA** )

**COUNTY OF JEFFERSON** )

I, Chris Hellums, being duly sworn, depose and state as follows:

### I. Background and Qualifications

I am an attorney duly licensed to practice law in the states of Alabama and Colorado. I am and have always been in good standing with each State's Bar. I have been actively practicing for 33 years, with a concentration in complex litigation.

I have been asked by the Honorable Stephen R. Bough to serve as Special Master in the above-captioned matter pursuant to Federal Rule of Civil Procedure 53.

### II. Disclosure Under Rule 53(b)(3)(A)

Pursuant to Rule 53(b)(3)(A), I am required to disclose any ground for disqualification under 28 U.S.C. § 455.

I have reviewed the parties, counsel of record, and known witnesses in this matter. Based on that review, I make the following disclosures:

a. **Financial Interests (§ 455(b)(4)):** I do not have any financial interest in the underlying matter, nor do I have any financial interest in a party to the proceeding.

b. **Prior Involvement (§ 455(b)(1)– (3)):**
I have no personal knowledge of underlying evidentiary facts in the above-referenced proceeding. I have not served as a lawyer in the matter in controversy, nor have I been a material witness concerning it, nor have I previously expressed an opinion concerning the merits of the underlying case in controversy.

## III. Additional Disclosures

2. In the interest of full transparency, I disclose the following additional relationships or circumstances that, while not rising to the level of disqualification, may be relevant to the Court and the parties:

a. My law firm and I have been involved in cases in which JND served as the claims administrator.

b. I am possibly a class member in this litigation as I may have had real estate transactions during the relevant class period. To the extent I am a potential class member, I would waive any claim for benefits.

## IV. Conclusion

3. Other than as disclosed above, I am not aware of any ground for disqualification under 28 U.S.C. § 455 that would preclude my service as Special Master in this matter.

4. I understand my continuing obligation to disclose any ground for disqualification that may arise during the course of my service.

All the above statements are true and correct to the best of my knowledge.

_Chris T. Hellums_

**STATE OF ALABAMA** )

**JEFFERSON COUNTY** )

Before me, the undersigned Notary Public in and for said county and state, personally appeared Chris T. Hellums, who after being duly sworn by me, deposes and states as follows: My name is Chris T. Hellums. I have read the above and foregoing Affidavit, and the facts and information stated therein are true and correct.

This the 17th day of July, 2026.

_____
Notary Public

My Commission Expires: _10. 31. 2029_