# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 4:23-cv-00788-SRB |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, et al., | ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF PROPOSED SPECIAL MASTER
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53(b)(3)(A)

**STATE OF FLORIDA**          )

**COUNTY OF SANTA ROSA**      )

I, Randall L. Sansom, being duly sworn, depose and state as follows:

### I. Background and Qualifications

I am a certified public accounted licensed to practice accounting in the state of Florida. I am and have always been in good standing with the Florida Board of Accountancy. I have been actively practicing for 41 years.

I have been asked by the Honorable Stephen R. Bough to serve as Special Master in the above-captioned matter pursuant to Federal Rule of Civil Procedure 53.

### II. Disclosure Under Rule 53(b)(3)(A)

Pursuant to Rule 53(b)(3)(A), I am required to disclose any ground for disqualification under 28 U.S.C. § 455.

Case 4:23-cv-00788-SRB     Document 929-2     Filed 07/27/26     Page 1 of 3

I have reviewed the parties, counsel of record, and known witnesses in this matter. Based on that review, I make the following disclosures:

a. **Financial Interests (§ 455(b)(4)):** I do not have any financial interest in the underlying matter, nor do I have any financial interest in a party to the proceeding.

b. **Prior Involvement (§ 455(b)(1)– (3)):**
I have no personal knowledge of underlying evidentiary facts in the above-referenced proceeding. I have not served as an accountant in the matter in controversy, nor have I been a material witness concerning it, nor have I previously expressed an opinion concerning the merits of the underlying case in controversy.

## III. Additional Disclosures

2. In the interest of full transparency, I disclose the following additional relationships or circumstances that, while not rising to the level of disqualification, may be relevant to the Court and the parties:

a. My CPA firm and I have not been involved in cases in which JND served as the claims administrator.

b. I am not a class member in this litigation. To the extent I am a potential class member, I would waive any claim for benefits.

## IV. Conclusion

3. Other than as disclosed above, I am not aware of any ground for disqualification under 28 U.S.C. § 455 that would preclude my service as Special Master in this matter.

4. I understand my continuing obligation to disclose any ground for disqualification that may arise during the course of my service.

Case 4:23-cv-00788-SRB    Document 929-2    Filed 07/27/26    Page 2 of 3

All the above statements are true and correct to the best of my knowledge.

_____
Randall L. Sansom

**STATE OF FLORIDA** )

**SANTA ROSA COUNTY** )

Before me, the undersigned Notary Public in and for said county and state, personally appeared Randall L. Sansom, who after being duly sworn by me, deposes and states as follows: My name is Randall L. Sansom. I have read the above and foregoing Affidavit, and the facts and information stated therein are true and correct.

This the 2 day of July, 2026.

SARAH HOGAN
MY COMMISSION # HH 423168
EXPIRES: October 13, 2027

_____
Notary Public

My Commission Expires: 10/13/27

Case 4:23-cv-00788-SRB    Document 929-2    Filed 07/27/26    Page 3 of 3