**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| RHONDA BURNETT, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:19-cv-00332-SRB |
| DON GIBSON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:23-cv-00788-SRB |

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order(s) Appointing Special Masters (*Gibson* ECF No. #929; *Burnett* ECF No. #1741), on August 10, 2026, Non-Party JND Legal Administration ("JND") produced, without objection or redaction, documents Bates-stamped JND-GIBSON-000001–JND-GIBSON-002285, via Fedex directly to Special Master Randall L. Sansom. All counsel of record were served with JND's cover letter to Mr. Sansom as well, via e-mail, and JND can share its production with any such counsel upon request.

DATED: August 11, 2026

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: */s/ Stacey R. Gilman*
Stacey R. Gilman, MO Bar #55690
2600 Grand Boulevard Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
sgilman@berkowitzoliver.com

and

**ARNOLD & PORTER KAYE SCHOLER LLP**

E. Alex Beroukhim, *pro hac vice forthcoming*
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4059
Facsimile: (213) 243-4199
Alex.Beroukhim@arnoldporter.com

Robert J. Katerberg, *pro hac vice forthcoming*
David J. Weiner, *pro hac vice forthcoming*
601 Massachusetts Ave, NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Robert.Katerberg@arnoldporter.com
David.Weiner@arnoldporter.com

***Attorneys for Non-Party JND Legal Administration***

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which gave notice to all counsel of record.

*/s/ Stacey R. Gilman*
***Attorney for Non-Party JND Legal Administration***