# EXHIBIT A

JND | CLASS ACTION ADMINISTRATION

Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/1/2026 | 177879 |

| BILL TO |
|---|
| Hagens Bergman LLP<br>One Main Street, Fourth Floor<br>Cambridge, MA 02142 |

| PROJECT | TERMS |
|---|---|
| NAR - National Association of Realtors Se | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2026) | | |
| 3.25 | Call Center | 91 | 296.25 |
| 1 | Monthly TFN Hosting | 200 | 200.00 |
| 2,379.32 | Monthly IVR Minutes | 0.19 | 452.07 |
| 151 | Class Member Communications | 80 | 12,025.00 |
| | Process Forms | | |
| 768 | Online Claims | 0.95 | 729.60 |
| 1 | Paper Claims | 5.95 | 5.95 |
| 1.25 | Tax Reporting | 70 | 87.50 |
| 70.75 | Project Oversight/ Database Management | 160 | 11,285.00 |
| | Expenses: | | |
| | OCF Hosting | 712.11 | 712.11 |
| | Copy Charges | 63.50 | 63.50 |
| 2 | PO Box | 250.00 | 500.00 |
| 140 | Box Storage | 2.75 | 385.00 |
| | Electronic Data Storage | 13,743.48 | 13,743.48 |
| 1,037 | Fraudulent Claims Prevention Tool | 0.0018 | 1.87 |
| | Postage and Supplies | 20.96 | 20.96 |

**Invoice Total** $40,508.29

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101
[redacted]

**Total Balance Due**

$378,824.59

Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/28/2026 | 178038 |

| BILL TO |
|---|
| Hagens Bergman LLP<br>One Main Street, Fourth Floor<br>Cambridge, MA 02142 |

| PROJECT | TERMS |
|---|---|
| NAR - National Association of Realtors Se | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2026) | | |
| 13.5 | Case Website with Online Filing | 133 | 1,790.00 |
| 3.25 | Call Center | 124 | 402.50 |
| 1 | Monthly TFN Hosting | 200 | 200.00 |
| 2,806.78 | Monthly IVR Minutes | 0.19 | 533.29 |
| 187 | Class Member Communications | 83 | 15,446.25 |
| | Process Forms | | |
| 2,447 | Online Claims | 0.95 | 2,324.65 |
| 2 | Paper Claims | 5.95 | 11.90 |
| 8 | Tax Reporting | 70 | 560.00 |
| 105.75 | Project Oversight/ Database Management | 261 | 27,607.50 |
| | Expenses: | | |
| | OCF Hosting | 773.80 | 773.80 |
| | Copy Charges | 30.75 | 30.75 |
| 2 | PO Box | 250.00 | 500.00 |
| 140 | Box Storage | 2.75 | 385.00 |
| | Electronic Data Storage | 13,745.93 | 13,745.93 |
| 6,084 | Fraudulent Claims Prevention Tool | 0.0018 | 10.95 |

**Invoice Total** $64,322.52

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101
[redacted]

**Total Balance Due**

$443,147.11

Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/2026 | 178082 |

| BILL TO |
|---|
| Hagens Bergman LLP<br>One Main Street, Fourth Floor<br>Cambridge, MA 02142 |

| PROJECT | TERMS |
|---|---|
| NAR - National Association of Realtors Se | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2026) | | |
| 0.75 | Call Center | 103 | 77.50 |
| 1 | Monthly TFN Hosting | 200 | 200.00 |
| 2,980.44 | Monthly IVR Minutes | 0.19 | 566.28 |
| 200.25 | Class Member Communications | 81 | 16,292.50 |
| | Process Forms | | |
| 1,469 | Online Claims | 0.95 | 1,395.55 |
| 12.5 | Tax Reporting | 71 | 883.75 |
| 93.5 | Project Oversight/ Database Management | 174 | 16,251.25 |
| | Expenses: | | |
| | OCF Hosting | 736.29 | 736.29 |
| | Copy Charges | 60.50 | 60.50 |
| 2 | PO Box | 250.00 | 500.00 |
| 140 | Box Storage | 2.75 | 385.00 |
| | Electronic Data Storage | 13,747.39 | 13,747.39 |
| 3,015 | Fraudulent Claims Prevention Tool | 0.0018 | 5.43 |

**Invoice Total** $51,101.44

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101
[redacted]

**Total Balance Due**

$494,248.55