```
 1          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF MISSOURI
 2                  WESTERN DIVISION

 3   SCOTT AND RHONDA BURNETT,          )
     RYAN HENDRICKSON, JEROD BREIT,     )
 4   SCOTT TRUPIANO, and JEREMY KEEL,   )
     on behalf of themselves and all    )
 5   others similarly situated,         )
                          Plaintiffs,   )Case No.
 6            vs.                       )19-CV-00332-SRB
                                        )
 7   THE NATIONAL ASSOCIATION OF        )Kansas City, Missouri
     REALTORS, et al.,                  )October 31, 2023
 8                       Defendants.    )

 9             .............................
         TRANSCRIPT OF JURY TRIAL - VOLUME 11 OF 11
10         BEFORE THE HONORABLE STEPHEN R. BOUGH
             UNITED STATES DISTRICT COURT JUDGE
11

12     Proceedings recorded by electronic stenography
              Transcript produced by computer
13

14                       APPEARANCES

15   For the Plaintiffs:       MR. MICHAEL S. KETCHMARK
                               MR. BENJAMIN H. FADLER
16                             MR. SCOTT A. McCREIGHT
                               Ketchmark & McCreight PC
17                             Two Hallbrook Place
                               11161 Overbrook Road, Suite 210
18                             Leawood, Kansas 66211

19                             MR. BRANDON J.B. BOULWARE
                               Boulware Law LLC
20                             1600 Genessee Street, Suite 416
                               Kansas City, Missouri 64102
21

22

23

24

25
                            2512
```

Gayle M. Wambolt, CCR No. 462
Registered Merit Reporter

```
 1                        APPEARANCES
                          (continued)
 2
     For the Defendant           MR. ROBERT D. MacGILL
 3   HomeServices of America:    MR. MATTHEW T. CIULLA
                                 MacGill PC
 4                               156 E. Market Street, Suite 1200
                                 Indianapolis, Indiana 46204
 5
                                 MR. JAY VARON
 6                               Foley & Lardner LLP
                                 3000 K Street, NW, Suite 600
 7                               Washington, DC 20007-5109

 8                               MR. JEAN PAUL BRADSHAW, II
                                 Lathrop GPM LLP
 9                               2345 Grand Avenue, Suite 2200
                                 Kansas City, Missouri 64108
10
     For the Defendant NAR:      MR. ETHAN GLASS
11                               MS. GEORGINA INGLIS
                                 MS. SAMANTHA STRAUSS
12                               Cooley LLP
                                 1299 Pennsylvania Avenue NW Ste 700
13                               Washington, DC 20004

14                               MS. BEATRIZ MEJIA
                                 Cooley LLP
15                               3 Embarcadero Center, 20th Floor
                                 San Francisco, California 94111
16
                                 MS. SARAH M. TOPOL
17                               Cooley LLP
                                 55 Hudson Yards
18                               New York, New York 10001

19   For the Defendant           MR. TIMOTHY RAY
     Keller Williams:            MR. BARACK S. ECHOLS
20                               Holland & Knight
                                 150 N. Riverside Plaza, Ste 2700
21                               Chicago, Illinois 60606

22                               MS. ANNA P. HAYES
                                 MR. DAVID C. KULLY
23                               Holland & Knight
                                 800 17th Street NW
24                               Washington, DC 20006

25
                                  2513
```

```
 1                       APPEARANCES
                         (continued)
 2

 3                               MS. DINA McKENNEY
                                 Holland & Knight
 4                               1722 Routh Street, Suite 1500
                                 Dallas, Texas 75201
 5
                                 MR. DAVID R. BUCHANAN
 6                               Brown & James, PC-KCMO
                                 2345 Grand Blvd., Suite 2100
 7                               Kansas City, Missouri 64108

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23           Gayle M. Wambolt, RMR, CRR
            U.S. Court Reporter, Room 7552
24        Charles Evans Whittaker Courthouse
      400 East Ninth Street - Kansas City, MO 64106
25
                           2514
```

```
 1                         INDEX
                        JURY TRIAL
 2                    OCTOBER 31, 2023

 3   EVENT                                              PAGE

 4   Question by Jury

 5   Verdict
```

TUESDAY, OCTOBER 31, 2023
(The following proceedings were had out of the presence of the jury:)

THE COURT: We are back on the record. The jury sent back a question. Could we have Exhibit 4592A just in case it's needed? Dated and signed. And my response is, Please see attached. Mr. Boulware gave me 4592A.

Any objection from plaintiff?

MR. KETCHMARK: No, Your Honor.

THE COURT: From defendants?

MS. TOPOL: No, Your Honor.

MS. HAYES: No, Your Honor.

MR. CUILLA: No, Your Honor.

(A recess was taken.)

(The following proceedings were had out of the presence of the jury:)

THE COURT: Assuming nothing to address before we get the verdict?

MR. KETCHMARK: Not from plaintiffs, Your Honor.

THE COURT: Okay. Go get them.

(The following proceedings were had in the presence of the jury:)

THE COURT: Lady and gentlemen of the jury, have you reached a verdict?

THE FOREPERSON: Yes.

2516

```
 1              THE COURT:  Could you please give that to Shauna.
 2              Bad time to get your robe stuck.
 3              Verdict form, do you find that class plaintiffs have
 4   proved by a preponderance of the evidence that a conspiracy
 5   existed to follow and enforce the cooperative compensation
 6   rule in the subject MLSs during the conspiracy period alleged
 7   in this case, April 29, 2015 through June 30, 2022?
 8              The answer is yes.
 9              Two, do you find the conspiracy set forth in
10   question one had the purpose or effect of raising, inflating,
11   or stabilizing broker commissions paid by the home sellers?
12              Yes.
13              Which of the following corporations or entities do
14   you find knowingly and voluntarily joined the conspiracy as
15   set forth in question one with the purpose of furthering its
16   goals?
17              National Association of Realtors, yes; HomeServices
18   of America, Inc., yes; BHH Affiliates, LLC, yes; HSF
19   Affiliates, LLC, yes; Keller Williams Realty, Inc., yes;
20   Anywhere Real Estate, Inc., yes; RE/MAX, LLC, yes.
21              Do you find that the conspiracy set forth in
22   question one caused class plaintiffs to pay more for real
23   estate brokerage services when selling their homes than they
24   would have paid absent that conspiracy?
25              Yes.
                                 2517
```

1          State the amount of damages proved by the class
2    plaintiffs:  $1,785,310,872.
3          It's signed by all eight of the jurors.
4          Just like I polled you earlier about different
5    questions, I'm going to poll you now.
6                    (Jury polled.)
7          THE COURT:  So listen, you guys know that there's a
8    lot of attention and a lot of emotion involved in this case.
9    Every lawyer known to man wants to talk to a juror after a
10   verdict, and yours is going to be something too.
11         What I've already told these people is that if you
12   tell them once that you don't want to talk to them, that
13   should be enough.  If you have to tell them twice, tell me.
14         So if you want to talk to anybody that approaches
15   you, you're free to.  If you want to say no, you're free to.
16   I don't expect there to be any violence or anything like that.
17         But I perceive that some of you would prefer to get
18   your coat and go get in your car and go home unperturbed; and
19   so I've asked an additional court security officer to be
20   present to take you down to walk you out.  And nobody else
21   will be in your elevator.
22         If you fall into that camp, then that option is
23   available to you, but, again, I don't think any of the lawyers
24   are going to do anything inappropriate.  They want to learn,
25   and so that's -- this is one way they can go about learning.

On behalf of me and the other judges of the Western
District of Missouri, thank you.  You sat through one of our
longest trials in this courthouse this year, and you paid
attention and you took notes, and that is extremely
meaningful.

             Our democracy depends on people like you, even
though none of you really wanted to sit through a three-week
trial.  You all had other stuff to do.  You sat through it and
you did it, and that's important to running a constitutional
system of government.  So you have my thanks.

             I'm going to come back there and shake your hand
back in the jury room and tell you thank you for your service,
and we'll call it quits from there.

             Thank you.

             (The following proceedings were had out of the
presence of the jury:)

             THE COURT:  I'm going to have Kaitlin scan that
verdict form to you so each of you have it.  Would any of you
like to inspect the original before she scans it to you?

             MR. KETCHMARK:  Not necessary, Your Honor.

             THE COURT:  Okay.  We'll have that scanned to you.
I'll be right back after I go tell them thank you, and then if
there's anything you want me to address at that time, I can do
so.

             (The following proceedings were had out of the
                                2519

```
 1  presence of the jury:)
 2             THE COURT:  Back on the record.  Just for the
 3  record, none of the jurors want to talk to anybody, especially
 4  the media, and I told them you guys were all pros and that you
 5  wouldn't bug them.  But I told them if anybody calls, just
 6  say, Judge Bough said I don't have to talk to you.
 7             I'm not saying that that's forever, and if you guys
 8  call them, that's not going to ever hurt my feelings.  But if
 9  they say no once, I'd ask you to please -- ask more than
10  please.  Tell you don't call them again if they tell you they
11  don't want to talk.
12             Anything further from the plaintiff?
13             MR. KETCHMARK:  No, Your Honor.  Thank you.
14             THE COURT:  Mr. Glass?
15             MR. GLASS:  No, thank you, Your Honor.
16             THE COURT:  Mr. Ray?
17             MR. RAY:  Your Honor, we just wanted to put on the
18  record that during the course of my closing argument, one of
19  the jurors, the female on the jury, was actually asleep.  So I
20  don't know if that had any impact, but I did want to note that
21  for the record.
22             THE COURT:  Thank you, sir.
23             Mr. MacGill?
24             MR. MacGILL:  Nothing, Your Honor.
25             THE COURT:  We'll be in recess.
                                 2520
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3          I certify that the foregoing pages are a correct
 4    transcript from the record of proceedings in the
 5    above-entitled matter.
 6
 7    _____        _____
         Date                /s/Gayle M. Wambolt
 8                          GAYLE M. WAMBOLT, CRR, RMR
                            United States Court Reporter
 9
10
...
25
                              2521
```